1  Steve W. Berman
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1918 Eighth Avenue, Suite 3300
   Seattle, WA  98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com

5  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
7  Berkeley, CA  94710
   Telephone: (510) 725-3000
8  Facsimile:  (510) 725-3001
   reed@hbsslaw.com
9  peterb@hbsslaw.com

10 Lee M. Gordon (174168)
   HAGENS BERMAN SOBOL SHAPIRO LLP
11 700 South Flower Street, Suite 2940
   Los Angeles, CA  90017
12 Telephone:  (213) 330-7150
   Facsimile:   (213) 330-7152
13 lee@hbsslaw.com

14 Counsel for Movants

15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18                     WESTERN DIVISION

19 SUSAN HUFNAGLE, Individually and  )   No. CV10-8695 VBF (VBKx)
   on Behalf of All Others Similarly  )
20 Situated,                          )
                                      )
21                       Plaintiff,   )
                                      )
22        v.                          )
                                      )
23 RINO INTERNATIONAL                 )
   CORPORATION, DEJUN ZOU, JENNY )
24 LIU, BEN WANG, LI YU, KENNITH C. )
   JOHNSON, JIANPING QIU, XIE         )
25 QUAN, and ZEJIN LI,                )
                                      )
26                       Defendants.  )
   _____)

27

28

010220-11  419425 V1

| | | |
|---|---|---|
| 1 | | |
| 2 | BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated, | No. 2:10-cv-09517-VBF -VBK |
| 3 | | |
| | Plaintiff, | |
| 4 | v. | |
| 5 | RINO INTERNATIONAL CORPORATION et al., | |
| 6 | | |
| | Defendants. | |
| 7 | | |
| 8 | ALI BAIG, Individually and on Behalf of All Others Similarly Situated, | No. 8:10-cv-01754-VBF -VBK |
| 9 | | |
| | Plaintiff, | |
| 10 | v. | |
| 11 | RINO INTERNATIONAL CORPORATION, DEJUN ZOU, BEN WAN, YI LIU a/k/a JENNY LIU, and YU LI, | |
| 12 | | |
| 13 | | |
| | Defendants. | |
| 14 | | |
| 15 | ALAN STEVENS, Individually and on Behalf of All Others Similarly Situated, | No. 2:10-cv-09011-VBF -VBK |
| 16 | | |
| | Plaintiff, | |
| 17 | v. | |
| 18 | RINO INTERNATIONAL CORPORATION, et al., | |
| 19 | | |
| | Defendants. | |
| 20 | | |
| 21 | XI ZHANG, Individually and on Behalf of All Others Similarly Situated, | No. 8:10-cv-01887-VBF -VBK |
| 22 | | |
| | Plaintiff, | |
| 23 | v. | |
| 24 | RINO INTERNATIONAL CORPORATION, KENNITH C. JOHNSON, ZEJIN LI, JENNY LIU, JIANPING QIU, XIE QUAN, BEN WANG, LI YU, WEIGUO ZHANG, and DEJUN ZOU, | |
| 25 | | |
| 26 | | |
| 27 | | |
| | Defendants. | |
| 28 | | |

1

2    _____
)
     PAUL H VU, Individually and on Behalf )        No. 8:10-cv-01908-VBF -VBK
3    of All Others Similarly Situated,      )

4                        Plaintiff,         )

5          v.                               )

6    RINO INTERNATIONAL                     )
     CORPORATION, et al.,                   )
7                                           )
                        Defendants.         )
     _____)

8

9    DECLARATION OF PETER E. BORKON IN SUPPORT OF THE MOTION OF
     THE RINO SHAREHOLDER GROUP FOR CONSOLIDATION, APPOINTMENT
10   AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD COUNSEL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, PETER E. BORKON, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and before this Court.  I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP, counsel for the RINO Shareholder Group.  I make this Declaration in support of the RINO Shareholder Group's motion for:  (1) consolidation; (2) appointment as Lead Plaintiff; and (3) approval of its selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel for the Class.

2.      Attached as Exhibits A through D hereto are true and correct copies of the following documents:

Exhibit A:  Notice of Pendency of *Hufnagle v. RINO Int'l Corp.*, No. 10-CV-8695-VBF published on November 15, 2010;

Exhibit B:  Certifications of the members of the RINO Shareholder Group

Exhibit C:  Charts of Transactions and losses of the members of the RINO Shareholder Group; and

Exhibit D:  The firm resume of Hagens Berman Sobol Shapiro LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 14th day of January, 2011 at Berkeley, California.

                                        /s/ Peter E. Borkon
                                        PETER E. BORKON

- 1 -

I, Lee M. Gordon, am the ECF User whose ID and password are being used to file this DECLARATION OF PETER E. BORKON IN SUPPORT OF THE MOTION OF THE RINO SHAREHOLDER GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD COUNSEL.  In compliance with General Order 45, X.B., I hereby attest that Peter E. Borkon has concurred in this filing.

010220-11  419425 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List.  I hereby certify that I have caused the foregoing document or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>          /s/ Lee M. Gordon          </u>
LEE M. GORDON

- 2 -

# Mailing Information for a Case 2:10-cv-08695-VBF -VBK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael D Braun**
  service@braunlawgroup.com,mdb@braunlawgroup.com

- **Emily V Griffen**
  egriffen@shearman.com,rcheatham@shearman.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Phillip Kim
The Rosen Law Firm PA
275 Madison Avenue  34th Floor
New York, NY 10016
```