IZARD NOBEL LLP
Mark P. Kindall (138703)
29 South Main Street, Suite 215
West Hartford, Connecticut  06107
Tel.: (860) 493-6292
Fax:  (860) 493-6290
mkindall@izardnobel.com

[Proposed] Lead Counsel for Plaintiff
James Blackwood-Murray

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

---------------------------------------------------------------x
SUSAN HUFNAGLE, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

  vs.

RINO INTERNATIONAL CORPORATION, DEJUN ZOU, JENNY LIU, BEN WANG, LI YU, and KENNETH C. JOHNSON,

        Defendants.
---------------------------------------------------------------x

No. SACV 2:10-08695-VBF(VBKx)

**CLASS ACTION**

**DECLARATION OF MARK P. KINDALL**

DATE:   February 14, 2011
TIME:   1:30
CTRM:   9, Spring Street
        Los Angeles, CA
JUDGE:  Hon. Valerie Baker Fairbank

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | |
| ALI BAIG, on Behalf of Herself and All Others Similarly Situated, | ) ) ) | No. SACV 8:10-1754-VBF(VBKx) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| RINO INTERNATIONAL CORPORATION, DEJUN ZOU, BEN WANG, YI LIU a/k/a JENNY LIU, and YU LI, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ---------------------------------------------------------------x | | |
| ---------------------------------------------------------------x | | |
| XI ZHANG, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. SACV 8:10-1887-VBF(VBKx) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| RINO INTERNATIONAL CORPORATION, KENNETH C. JOHNSON, ZEJIN LI, JENNY LIU JIANPING QUI, XIE QUAN, BEN WANG, LI YU, WEIGUO ZHANG, and DEJUN ZOU, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ---------------------------------------------------------------x | | |
| ---------------------------------------------------------------x | | |
| PAUL H. VU, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. SACV 8:10-1908-VBF(VBKx) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| RINO INTERNATIONAL CORPORATION, DEJUN ZOU, BEN WANG, YI LIU a/k/a JENNY LIU, and YU LI, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ---------------------------------------------------------------x | | |

Declaration of Mark P. Kindall Civil Action No. SACV 10-8695-VBF(VBKx)

| | | |
|---|---|---|
| ---------------------------------------------------------------x | | |
| ALAN STEVENS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. SACV 2:10-9011-VBF(VBKx) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RINO INTERNATIONAL CORPORATION, ZOU DEJUN, JIANPING QUI, JENNY LIU, BEN WANG, YU LI, and KENNETH C. JOHNSON, | ) ) ) ) ) | |
| Defendants. | ) | |
| ---------------------------------------------------------------x | | |
| ---------------------------------------------------------------x | | |
| BRENDA CHAU, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | No. SACV 2:10-9517-VBF(VBKx) |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| RINO INTERNATIONAL CORPORATION, JIANPING QUI,  DEJUN ZOU, KENNETH C. JOHNSON, XIE QUAN, ZEJIN LI, JENNY LIU, BRUCE RICHARDSON, QUAN XIE, and WEIGUO ZHANG, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| ---------------------------------------------------------------x | | |

Declaration of Mark P. Kindall Civil Action No. SACV 10-8695-VBF(VBKx)

3

1. I am a partner with Izard Nobel LLP, proposed Lead Counsel, and counsel for James Blackwood-Murray, the applicant for Lead Plaintiff in this action.

2. This declaration is submitted in support of the Motion for Consolidation, Appointment of Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Counsel, filed this date by James Blackwood-Murray, who is a member of the proposed Class in this action.

3. Attached hereto as Exhibit A is a true and accurate copy of the Certification of Named Plaintiff signed by James Blackwood-Murray and a loss chart detailing his transactions in RINO International.

4. Attached hereto as Exhibit B is a true and correct copy of the Notice that Glancy Binkow & Goldberg LLP published on *Business Wire* on November 15, 2010.

5. Attached hereto as Exhibit C is the firm resume for Izard Nobel LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of January, 2011.

>By:   /s/ Mark P. Kindall
>Mark P. Kindall (138703)
>IZARD NOBEL LLP
>29 South Main Street, Suite 215
>West Hartford, Connecticut  06107
>Tel.:  (860) 493-6292
>Fax:  (860) 493-6290
>mkindall@izardnobel.com

Of Counsel:
Jeffrey S. Nobel
Nancy A. Kulesa
IZARD NOBEL LLP
29 South Main Street, Suite 215
West Hartford, Connecticut  06107
Tel.:  (860) 493-6292
Fax:  (860) 493-629

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2011 this document was filed electronically and served via U.S. mail on all parties not registered electronically. Notice of this filing will be sent by e-mail to all parties denoted on the attached Electronic Mail Notification List by the Court's electronic filing system.

/s/ Mark P. Kindall
Mark P. Kindall (138703)
29 South Main Street, Suite 215
West Hartford, Connecticut  06107
Tel.:  (860) 493-6292
Fax:   (860) 493-6290
mkindall@izardnobel.com

# Mailing Information for a Case 2:10-cv-08695-VBF -VBK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael D Braun**
  service@braunlawgroup.com,mdb@braunlawgroup.com
- **Emily V Griffen**
  egriffen@shearman.com,rcheatham@shearman.com
- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Phillip Kim
The Rosen Law Firm PA
275 Madison Avenue  34th Floor
New York, NY 10016
```