## CERTIFICATION OF NAMED PLAINTIFF

I, James Blackwood-Murray, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the complaint (the "Complaint") and would be willing to serve as a lead plaintiff on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

2. I did not purchase the stock that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3. My transactions in the securities of RINO International Corporation during the Class Period defined in the Complaint are set forth on Schedule A attached hereto.

4. During the three years prior to the date of this Certification, I have not sought to serve, nor have I served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

5. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of December, 2010

James Blackwood-Murray

## SCHEDULE A - TRANSACTIONS IN RINO INTERNATIONAL CORPORATION

| Date | Transaction | Price per share |
|---|---|---|
| 5/12/2010 | B 10,000 | $15.76 |
| 5/13/2010 | B 90,000 | $16.84 |
| 5/17/2010 | S 81,000 | $13.71 |
| 9/13/2010 | S 19,000 | $13.56 |

**JAMES BLACKWOOD MURRAY**

| Purchase Date | Number of Shares Purchased | Price Per Share | Purchase Cost | Sale Date | Number of Shares Sold | Sale Price Per Share | Total Sale Proceeds | Net Loss |
|---|---|---|---|---|---|---|---|---|
| 5/12/2010 | 10,000 | $15.76 | $157,600.00 | 5/17/2010 | 81,000 | $13.71 | $1,110,510.00 | |
| 5/13/2010 | 90,000 | $16.84 | $1,515,600.00 | 9/13/2010 | 19,000 | $13.56 | $257,640.00 | |
| TOTAL | 100,000 | | $1,673,200.00 | | 100,000 | | $1,368,150.00 | $305,050.00 |