

# FIRM RESUME

Izard Nobel LLP ("Izard Nobel") is one of the premier firms engaged in class action litigation on behalf of investors alleging misrepresentations in connection with the purchase or sale of securities, and on behalf of employees under the Employee Retirement Income Security Act of 1974 (ERISA).

Izard Nobel LLP (f/k/a Schatz Nobel Izard, P.C. or Schatz & Nobel, P.C.) has been responsible for many important decisions which have advanced the cause of shareholder protection through the federal securities laws, including: *Ganino v. Citizens Utilities Co.,* 228 F.3d 154 (2d Cir. 2000); *In re Campbell Soup Sec. Litig.,* 145 F. Supp. 2d 574 (D.N.J. 2001); *In re Complete Mgmt., Inc. Sec. Litig.,* 153 F. Supp. 2d 314 (S.D.N.Y. 2001); *Angres v. Smallworldwide, plc,* 94 F. Supp. 2d 1167 (D. Colo. 2000); *Feiner v. S&C Techs., Inc.,* 47 F. Supp. 2d 250 (D. Conn. 1999) and *Berson v. Applied Signal Tech. Inc.,* 527 F.3d 982 (9th Cir. 2008).

The firm has been formally appointed by courts in over 30 cases as lead counsel or co-lead counsel for investors in securities class actions, including: *Papanikolaou v. Value-Added Communications,* No. 3-95CV0346-H (N.D. Tex.), *Gorga v. Uniroyal Chemical Corp.,* No. CV-96-0132014-S (Conn. Super.); *David v. Simware, Inc.,* No. 96/602143 (N.Y. Sup.); *Butler v. Northstar Health Services, Inc.,* No. 96-701 (W.D. Pa.); *Allen v. Johansson*, 397CV02172 (RNC) (D. Conn.); *Feiner v. SS&C Techs.,* 397CV0656

(D. Conn.); *Berti v. Videolan Techs, Inc.,* No.3:97CV296H (W.D. Ky.); *Ganino v. Citizens Utilities Co.,* No. 398CV00480 (JBA) (D. Conn.); *Bunting v. HealthCor Holdings, Inc.,* No. 398CV0744-D (N.D. Tex.); *Hirsch v. PSS World Medical, Inc.,* No. 98 502 Civ. J20A (M.D. Fla.); *Kenneth Blau v. Douglas Murphy,* No. H 99 0535 (S.D. Tex.); *Angres v. Smallworldwide plc,* No. 99-K-1254 (D. Colo.); *In re Complete Mgmt., Inc. Sec. Litig.,* No. 99 Civ. 1454 (S.D.N.Y.); *Allain Roy v. dELiA's, Inc.,* No. 99 Civ. 3951 (JES) (S.D.N.Y.); *Russo v. KTI, Inc.,* No. 99-1780 (JAG) (D.N.J.); *Laborers Local 1298 Pension Fund v. Campbell Soup Co.,* No. 00-152 (JEI) (D.N.J.); *Hart v. Internet Wire,* No. 00 Civ. 6571 (S.D.N.Y.); *Ottmann v. Hanger Orthopedic Group, Inc.,* Civil Action No. AW 00CV3508 (D. Md.); *In re PolyMedica Corp. Sec. Litig.,* No. 00-12426-REK (D. Mass.); *Karl L. Kapps v. Torch Offshore, Inc.,* Case No. 02-CV-0582 (E.D. La); *In re Cable and Wireless, PLC, Sec. Litig.,* Civil Action No. 02-1860 (E.D. Va); *In re Alloy, Inc. Sec. Litig.,* Case No. 03-CV-1597 (S.D.N.Y.); *In re Surebeam Corporation Sec. Litig.,* Case No. 03-CV-1721 (S.D. Cal.); *In re Primus Telecoms. Group, Inc. Sec. Litig.,* Master Case No. 04-970-A (E.D. Va.); *In re Netopia Sec. Litig.,* Case No. C 04-3364 (N.D. Cal); *Malasky v. IAC/InterActive Corp.,* Case No. 04-CV-7447 (S.D.N.Y.); *In re Supportsoft, Inc. Sec. Litig.,* C 04-5222 SI (N.D. Cal.); *Berson v. Applied Signal Tech. Inc.,* 4:05-cv-01027-SBA (N.D. Cal.); *The Cornelia I. Crowell GST Trust v. Pemstar, Inc.,* 05-CV-1182 (D. MN); *UFCW Local 880 Retail Food Employers Joint Pension Fund v. Newmont Mining Corp.,* No. 05-CV-01046 (D. Colo.); *Aviva Partners v. Exide Techs.,* 3:05-CV-03098 (D. NJ); *In re Veritas Software Corp. Sec. Litig.,* No. 04-831 (D. Del.); *In re Ionatron, Inc. Sec. Litig.,* Case No. 06-354 (D. AZ); *In re FX Energy, Inc. Sec. Litig.,* 2:07-CV-00874 (D. UT); *Melms v. Home Solutions of America,* Civil Action

No. 3:07-CV-1961-N (N.D. Tex.); *In re: McDermott Int'l, Inc. Sec. Litig.,* 1:08-cv-09943-DC (S.D.N.Y 2008); *Desai v. Bucksbaum,* No. 09-CV-487 (N.D. IL.); *Bauer v. Prudential, Inc.,* 09-cv-1120 (JLL) (D.NJ) and *Klugmann v. American Capital Ltd.,* 09-CV-0005 (D. Md.).

In the ERISA field, we have served, or are serving, as lead or co-lead counsel in many large class actions, and our notable successes include settlements against AT&T (for $29 million), AOL Time Warner ($100 million), Cardinal Health ($40 million), and Tyco International ($70.2 million). We have also been responsible for many important decisions which have advanced the cause of protection of retirees and employees, including a seminal decision under ERISA in *Vivien v. Worldcom*, Civil Action No. 2-01329 (N.D. Cal.). Courts have frequently recognized Izard Nobel's expertise in this field. *See, e.g. In re Cardinal Health, Inc. ERISA Litig.,* 225 F.R.D.552, 555-6 (S.D. Ohio 2005) (court noted Izard Nobel's "extensive experience in ERISA litigation," and its "high level of ERISA expertise"). In the *Merck ERISA Litigation*, Judge Chesler stated, "What is clear is that [Izard] Nobel does have substantial experience in this area . . . ." *In re Merck & Co., Inc. Sec., Derivative and ERISA Litig.,* MDL No. 1658 (D.N.J.).

ERISA Cases where Izard Nobel has been formally appointed as sole or co-lead counsel include: *Overby v. Tyco Int'l, Ltd.,* No. 02-CV-1357-B (D.N.H.); *In re Reliant Energy ERISA Litig.,* No. H-02-2051 (S.D. Tex.); *In re AOL Time Warner, Inc. Sec. and ERISA Litig.,* MDL Docket No. 1500 (S.D.N.Y.); *Furstenau v. AT&T,* Case No. 02 CV 8853 (D.N.J.); *In re AEP ERISA Litig.,* Case No. C2-03-67 (S.D. Ohio); *Pettit v. JDS Uniphase Corp.,* Civil Action No. 03-4743-CW (N.D. Cal.); *In re Sprint Corporation ERISA Litig.,* Master File No. 2:03-cv-02202-JWL (D. Kan.); *In re Cardinal Health, Inc.*

3

*ERISA Litig.,* Case No. C 2-04-642 (S.D. Ohio); *Spear v. Hartford Fin. Svcs Group. Inc.,* No. 04-1790 (D. Conn.); *In re Merck & Co., Inc. Sec., Derivative and ERISA Litig.,* MDL No. 1658 (D.N.J.); *In re Diebold ERISA Litig.* No.5:06-CV- 0170 (N.D. Ohio); *In re Bausch & Lomb, Inc. ERISA Litig.,* Master File No. 06-CV-6297-MAT-MWP (W.D.N.Y.); *In re Dell, Inc. ERISA Litig.,* Case No. 06-CA-758-SS (W.D. Tex.); *In re First American Corp. ERISA Litig.,* SA-CV07-1357 (C.D. Cal.).  Moreover, Izard Nobel was appointed to the Steering Committee in *Tittle v. Enron Corp.,* No. H-01-3913 (S.D. Tex.); *In re Electronic Data Systems ERISA Litig.,* 3:02-cv-1323 (E.D. Tex.); *In re Marsh ERISA Litig.*, Master File No. 04 CV 8157 (S.D.N.Y.); *In re Hartford Fin. Svcs Group. Inc. ERISA Litig.,* No. 08-1708 (D. Conn.); *In re Merck & Co., Inc. Vytorin ERISA Litig.*, MDL No. 1938, 05-CV-1974 (D.N.J.); *Mayer v. Administrative Committee of Smurfit Stone Container Corp.*, 09-CV-2984 (N.D. IL.); *In re YRC Worldwide ERISA Litig.,* Case No. 09-CV-02593 (D. Kan) ; *White v. Marshall & Ilsley Corp.*, No. 10-CV-00311 (E.D. Wis.); and *Griffin v. Flagstar Bancorp, Inc.*, No. 2:10-CV-10610 (E.D. Mich.).

Izard Nobel's successful prosecution of class actions has been recognized and commended by judges in numerous judicial districts.  In the Tyco ERISA litigation, Judge Barbadoro commented:

> I have absolutely no doubt here that the settlement is fair, reasonable and adequate.  I think, frankly, it's an extraordinary settlement given the circumstances of the case and the knowledge that I have about the risks that the plaintiff class faced in pursuing this matter to verdict . . . . [I]t was a very, very hard fight and they made you work for everything you obtained on behalf of the Class here.

*In re Tyco Int'l Ltd. Sec. Litig.*, Case No. 02-1335 (D.N.H. Nov. 18, 2009).  Similarly, in approving the Sprint ERISA settlement, Judge Lungstrum found, "[t]he high quality of [Izard Nobel's] work culminated in the successful resolution of this complex case" and

that "the results obtained by virtue of the settlement are extraordinary. . . ." *In re Sprint Corp. ERISA Litig.*, No. 03-2202 (D. Kan. Aug. 3, 2006). A Special Master appointed in the AOL Time Warner ERISA case commented that obtaining an additional $30 million for the class stood out as "some of the hardest work and most outstanding results" obtained by Izard Nobel and its co-counsel. *In re AOL Time Warner, Inc. Sec. and ERISA Litig.*, No. 02-CV-1500 (S.D.N.Y), Report & Recommendation of Special Master dated August 7, 2007.

## PARTNERS

***Jeffrey S. Nobel*** co-founded the firm in 1995. Mr. Nobel is a 1989 graduate of Albany Law School, where he served as an Associate Editor of its Law Review, and is also a 1986 *cum laude* graduate of the University of Connecticut, Storrs, where he received a Bachelors of Arts degree in Political Science.

Following his law school graduation in 1989, Mr. Nobel was employed as a litigation associate with the Hartford, Connecticut law firm of Schatz & Schatz, Ribicoff & Kotkin, where he represented officers and directors in various securities class action cases, as well as corporations and financial institutions in complex litigation matters.

Since co-founding the firm in 1995, Mr. Nobel has concentrated his practice on representing investors, consumers and employees harmed by corporate wrongdoing. Mr. Nobel is admitted to practice in Connecticut, and has prosecuted class action suits in numerous State and Federal courts throughout the country, including the District of Connecticut, the District of New Jersey, the District of Colorado, the Northern, Central and Southern Districts of California, the Northern and Southern Districts of Texas, the

Southern District of New York, the Middle District of Florida, the District of Minnesota, and the Eastern District of Virginia.

***Robert A. Izard*** heads the firm's ERISA team and is lead or co-lead counsel in many of the nation's most significant ERISA class actions, including cases against Merck, Tyco International, Time Warner, AT&T and Sprint among others.  Approving the $70.2 million settlement in the Tyco International ERISA litigation, U.S. District Judge Paul Barbadoro described Mr. Izard as "a highly experienced ERISA class action lawyer" who "represented his clients aggressively, appropriately and effectively in this litigation."

Mr. Izard has substantial experience in other types of complex class action and commercial litigation matters.  For example, he represented a class of milk purchasers in a price fixing case.  He also represented a large gasoline terminal in a gasoline distribution monopolization lawsuit.

Prior to joining the firm, Mr. Izard was a partner at Robinson & Cole where he represented large corporate clients in a variety of business litigation matters.  For example, he represented a large worker's compensation insurer in numerous class action lawsuits filed throughout the country concerning an alleged conspiracy to fix worker's compensation insurance rates.

As part of his twenty plus years litigating complex commercial cases, Mr. Izard has substantial jury and nonjury trial experience, including a seven-month jury trial in federal district court. He is also experienced in various forms of alternative dispute resolution, including mediation and arbitration, and is a Distinguished Neutral for the CPR Institute for Dispute Resolution.

Mr. Izard is the author of Lawyers and Lawsuits: A Guide to Litigation published by Simon and Schuster and a contributing author to the Mediation Practice Guide.  He is the former chair of the Commercial and Business Litigation Committee of the Litigation Section of the American Bar Association.

Mr. Izard received his B.A. from Yale University and his J.D., with honors, from Emory University, where he was elected to the Order of the Coif and was an editor of the Emory Law Journal.

***Mark P. Kindall*** joined the firm in 2005 and has worked on many significant class action cases, including ERISA litigation against AOL Time Warner and Cardinal Health.  Mr. Kindall successfully argued the 2008 appeal of *Berson v. Applied Signal Tech. Inc.,* 527 F.3d 982 (9th Cir. 2008), which resulted in an important decision for securities class action plaintiffs in the Ninth Circuit.

Mr. Kindall was an associate at Covington & Burling in Washington, D.C. from 1988 until 1990.  In 1990 he joined the United States Environmental Protection Agency as an Attorney Advisor.  He represented the U.S. government in international negotiations at the United Nations, the Organization for Economic Cooperation and Development and the predecessor of the World Trade Organization, and was a member of the U.S. Delegation to the United Nations Conference on Environment and Development (the "Earth Summit") in Rio de Janeiro in 1992.  From 1994 until 2005, Mr. Kindall was an Assistant Attorney General for the State of Connecticut, serving as lead counsel in numerous cases in federal and state court and arguing appeals before the Connecticut Supreme Court and the United States Court of Appeals for the Second Circuit.

Mr. Kindall has taught courses in appellate advocacy and administrative law at the University of Connecticut School of Law.  He is admitted to practice in Connecticut, California, and the District of Columbia.  He is also a member of the bar of the United States Supreme Court, the U.S. Courts of Appeals for the Second, Ninth, and D.C. Circuits, and the United States District Courts for Connecticut, the District of Columbia, the Northern, Southern, and Eastern Districts of New York, and the Northern, Central and Southern Districts of California.

Mr. Kindall is a 1988 graduate of Boalt Hall School of Law at the University of California at Berkeley, where he served as Book Review Editor of the California Law Review and was elected to the Order of the Coif.  He has a bachelor's degree in history with highest honors from the University of California at Riverside, and he also studied history at the University of St. Andrews in Scotland.

**Seth R. Klein** graduated *cum laude* from both Yale University and, in 1996, from the University of Michigan Law School, where he was a member of the Michigan Law Review and the Moot Court Board and where he was elected to the Order of the Coif.  After clerking for the Hon. David M. Borden of the Connecticut Supreme Court, Mr. Klein served as an Assistant Attorney General for the State of Connecticut, where he specialized in consumer protection matters and was a founding member of the office's electronic commerce unit.  Mr. Klein thereafter joined the reinsurance litigation group at Cadwalader, Wickersham & Taft LLP in New York, where he focused on complex business disputes routinely involving hundreds of millions of dollars.  At Izard Nobel, Mr. Klein's practice continues to focus on consumer protection matters as well as on complex securities and antitrust litigation

*William Bernarduci* graduated from Bucknell University with a Business Administration degree and graduated *magna cum laude* from New York Law School, where he was a member of the New York Law School Law Review. Upon graduation, he served as a law clerk for the Honorable Nina Gershon, United States District Judge for the Eastern District of New York.

His practice focuses on class action litigation in a variety of areas including ERISA, consumer and securities law, with a particular emphasis on litigation involving 401(k) retirement plans.

Prior to joining the firm, Mr. Bernarduci was associated with the New York law firms Skadden, Arps, Slate Meagher & Flom LLP and Dornbush Schaeffer, where he was involved primarily in complex commercial and securities litigation.

Mr. Bernarduci is admitted to the state and federal bars of Connecticut and New York, and is a member of the Connecticut Bar Association and the New York City Bar Association. He has had notable *pro bono* experience including a successful political asylum case on behalf of a Tibetan nun who was imprisoned for her political and religious activism.

## ASSOCIATES

*Wayne T. Boulton* received his bachelor's degree, *cum laude*, from Colgate University, and received his law degree, with honors, from the University of Connecticut School of Law. Mr. Boulton served as Special Deputy Assistant States Attorney for the State of Connecticut before joining the law firm of O'Connell Flaherty & Attmore LLP in Hartford, Connecticut. Mr. Boulton joined Izard Nobel in 2001.

Mr. Boulton has held numerous elected and appointed positions within the American Bar Association and the Connecticut Bar Association, including District Representative for the states of Connecticut and Rhode Island before the ABA's Young Lawyers Division.  Through a compact between the ABA and the United States Federal Emergency Management Agency, Mr. Boulton became a director of Disaster Legal Services during recovery operations following the September 11, 2001 terrorist attacks.

Mr. Boulton's practice at Izard Nobel has focused on Employee Benefits Law, including Employee Retirement Income Security Act ("ERISA") litigation, as well as securities fraud and consumer class actions.  His pro bono and community service work includes representation of the American Civil Liberties Union of Connecticut, including *In re National Security Agency Telecoms. Records Litig.,* and projects with the American Friends Service Committee.

*Nancy A. Kulesa* graduated from Fordham University with a B.A. with honors in International Politics, and earned her Juris Doctor from the University of Connecticut School of Law in 2001. Ms. Kulesa also studied comparative and international law at the University of London.  Prior to joining Izard Nobel, Ms. Kulesa was involved in representing corporations seeking antitrust clearance of mergers and acquisitions.  Ms. Kulesa is involved in all of the firm's practice areas, with a primary focus on investigations, new cases and issues relating to the administration of individual and class actions.  Ms. Kulesa is admitted to the Connecticut Bar and the United States District Court for the District of Connecticut.