Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
ckeller@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Zheming Ruan and Proposed Lead Counsel for the Class*
*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:10-cv-08695-VBF-VBK<br><br>**NOTICE OF MOTION AND MOTION OF ZHEMING RUAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: February 14, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Valerie Baker Fairbank<br>Courtroom: 9 |

*[Additional Captions on Following Page]*

| | | |
|---|---|---|
| 1 | ALI BAIG, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No.: 8:10-cv-01754-VBF-VBK |
| 2 | | |
| 3 | Plaintiff, ) ) | Hon. Valerie Baker Fairbank |
| 4 | ) | |
| 5 | v. ) ) | |
| 6 | RINO INTERNATIONAL CORPORATION, et al., ) ) ) | |
| 7 | ) | |
| 8 | Defendants. ) ) | |
| 9 | ALAN STEVENS, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No.: 2:10-cv-09011-VBF-VBK |
| 10 | | |
| 11 | Plaintiff, ) ) | Hon. Valerie Baker Fairbank |
| 12 | v. ) ) | |
| 13 | RINO INTERNATIONAL CORPORATION, et al., ) ) | |
| 14 | ) | |
| 15 | Defendants. ) ) | |
| 16 | BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No.: 2:10-cv-09517-VBF-VBK |
| 17 | | |
| 18 | Plaintiff, ) ) | Hon. Valerie Baker Fairbank |
| 19 | v. ) ) | |
| 20 | RINO INTERNATIONAL CORPORATION, et al., ) ) | |
| 21 | ) | |
| 22 | Defendants. ) ) | |

| | | |
|---|---|---|
| 1 | XI ZHANG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 8:10-cv-01887-VBF-VBK |
| 2 | | |
| 3 | Plaintiff, | Hon. Valerie Baker Fairbank |
| 4 | v. | |
| 5 | RINO INTERNATIONAL CORPORATION, et al., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | PAUL H. VU, Individually and on Behalf of All Others Similarly Situated, | Case No.: 8:10-cv-01908-VBF-VBK |
| 10 | | |
| 11 | Plaintiff, | Hon. Valerie Baker Fairbank |
| 12 | v. | |
| 13 | RINO INTERNATIONAL CORPORATION, et al., | |
| 14 | | |
| 15 | Defendants. | |

# NOTICE OF MOTION AND MOTION

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on February 14, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Valerie Baker Fairbank at U.S. District Court, Central District of California, Western Division, Courtroom 9, 312 N. Spring Street, Los Angeles, California 90012, Zheming Ruan will move for an order for: (1) consolidation of the above-captioned, related actions (the "Action"); (2) appointment of Mr. Ruan as Lead Plaintiff in the Action, pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 21D(a)(3) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3); (3) approval of the Mr. Ruan's selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel and Motley Rice LLP ("Motley Rice") as Liaison Counsel; and (4) such other and further relief as the Court may deem just and proper.[1]

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support thereof, the Declaration of Michael W. Stocker in Support thereof, the pleadings on file in the Action, oral argument, and such other matters as the Court may consider in hearing this motion. Mr. Ruan makes this Motion on the belief that he is the "most adequate plaintiff" as defined in the PSLRA because:

1.  Mr. Ruan has the largest financial interest in the relief sought by the Class and have incurred substantial losses of $70,060 under the last-in-first-out ("LIFO") loss calculation methodology,[2] as a result of his purchases of common

---

[1] Given the inability to identify all lead plaintiff movants and the statutory nature of the lead plaintiff filing deadline, compliance with Local Rule 7-3 for a pre-motion conference is impracticable at the time of filing this motion.

[2] Mr. Ruan has also lost the same amount, $70,060, under the first-in-first-out ("FIFO") loss calculation methodology.

1  stock in RINO International Corporation ("RINO") between May 15, 2008 and
2  November 19, 2010, inclusive (the "Class Period"), and
3      2.    Mr. Ruan satisfies the typicality and adequacy requirements of Rule
4  23 of the Federal Rules of Civil Procedure.
5      Mr. Ruan further requests that the Court approve his selection of Labaton
6  Sucharow as Lead Counsel and Motley Rice as Liaison Counsel for the Class.
7  Labaton Sucharow and Motley Rice are nationally-recognized law firms with
8  significant class action and complex litigation experience, and have the resources
9  to effectively and properly pursue this action.
10     For the foregoing reasons and those stated more fully in the accompanying
11 Memorandum of Points and Authorities, Mr. Ruan respectfully requests this Court
12 for an Order: (1) consolidating the above-captioned, related cases; (2) appointing
13 Mr. Ruan as Lead Plaintiff in this Action; (3) approving his selection of Labaton
14 Sucharow as Lead Counsel and Motley Rice as Liaison Counsel for the Class; and
15 (4) granting such other and further relief as the Court may deem just and proper.

Dated: January 14, 2011        Respectfully submitted,

By:   */s/ Mark Labaton*

Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
ckeller@labaton.com
Michael W. Stocker (Bar No. 179083)
mstocker@labaton.com
Rachel A. Avan
ravan@labaton.com

1
2
3
4
5
6
7

**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Zheming Ruan and
Proposed Lead Counsel for the Class*

8
9
10
11
12
13
14
15

Jacob H. Zamansky
jake@zamansky.com
Edward H. Glenn, Jr.
eglenn@zamansky.com
**ZAMANSKY & ASSOCIATES, LLC**
50 Broadway, 32nd Floor
New York, New York  10004
Telephone: (212) 742-1414
Facsimile: (212) 742-1177

*Additional Counsel for Zheming Ruan*

16
17
18
19
20
21
22
23
24
25
26
27
28