1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
ckeller@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Zheming Ruan and Proposed Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RINO INTERNATIONAL CORPORATION, et al., <br><br> Defendants. | Case No.: 2:10-cv-08695-VBF-VBK <br><br> **DECLARATION OF MICHAEL W. STOCKER IN SUPPORT OF THE MOTION OF ZHEMING RUAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Hearing Date: February 14, 2011 <br> Time: 1:30 p.m. <br> Judge: Hon. Valerie Baker Fairbank <br> Courtroom: 9 |

*[Additional Captions on Following Page]*

| | |
|---|---|
| 1 | |
| 2 | ALI BAIG, Individually and on Behalf of All Others Similarly Situated,   ) ) |
| | Case No.: 8:10-cv-01754-VBF-VBK |
| 3 | Plaintiff,   ) ) |
| | Hon. Valerie Baker Fairbank |
| 4 | ) |
| 5 | v.   ) ) |
| 6 | RINO INTERNATIONAL   ) |
| | CORPORATION, et al.,   ) ) |
| 7 | ) |
| 8 | Defendants.   ) ) |
| 9 | ALAN STEVENS, Individually and on Behalf of All Others Similarly Situated,   ) ) |
| | Case No.: 2:10-cv-09011-VBF-VBK |
| 10 | ) |
| 11 | Plaintiff,   ) |
| | Hon. Valerie Baker Fairbank |
| 12 | v.   ) ) |
| 13 | RINO INTERNATIONAL   ) |
| | CORPORATION, et al.,   ) ) |
| 14 | ) |
| 15 | Defendants.   ) ) |
| 16 | BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated,   ) ) |
| 17 | Case No.: 2:10-cv-09517-VBF-VBK |
| 18 | Plaintiff,   ) |
| | Hon. Valerie Baker Fairbank |
| 19 | v.   ) ) |
| 20 | RINO INTERNATIONAL   ) |
| | CORPORATION, et al.,   ) ) |
| 21 | ) |
| 22 | Defendants.   ) ) |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1

2  XI ZHANG, Individually and on Behalf           )  Case No.: 8:10-cv-01887-VBF-VBK
   of All Others Similarly Situated,              )
3                                                 )  Hon. Valerie Baker Fairbank
                        Plaintiff,                )
4          v.                                     )
                                                  )
5                                                 )
   RINO INTERNATIONAL                             )
6  CORPORATION, et al.,                           )
                                                  )
7                       Defendants.               )
8  _____)
                                                  )
9  PAUL H. VU, Individually and on               )  Case No.: 8:10-cv-01908-VBF-VBK
   Behalf of All Others Similarly Situated,       )
10                                                )  Hon. Valerie Baker Fairbank
                        Plaintiff,                )
11         v.                                     )
                                                  )
12                                                )
   RINO INTERNATIONAL                             )
13 CORPORATION, et al.,                           )
                                                  )
14                                                )
                        Defendants.               )
15 _____)

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Michael W. Stocker declares on this 14th day of January, 2011:

2          1.      I am an attorney with the law firm of Labaton Sucharow LLP

3    ("Labaton Sucharow"), counsel for Zheming Ruan.  I submit this declaration in

4    support of the motion of Mr. Ruan for consolidation, appointment as lead plaintiff,

5    and approval of selection of lead counsel.

6          2.      Attached hereto as Exhibit A is a true and correct copy Mr. Ruan's

7    signed certification, pursuant to the requirements of the Private Securities

8    Litigation Reform Act of 1995.  15 U.S.C. § 78u-4(a)(2).

9          3.      Attached hereto as Exhibit B is a true and correct copy of a chart of

10   Mr. Ruan's transactions and approximate losses in RINO International Corporation

11   ("RINO") common stock from May 15, 2008 and November 19, 2010, inclusive.

12         4.      Attached hereto as Exhibit C is a true and correct copy of the notice

13   that was published on November 15, 2010 on *Business Wire*, a widely-circulated,

14   national, business-oriented wire service, advising the public of the pendency of the

15   first class action brought on behalf of purchasers of RINO common stock.

16         5.      Attached hereto as Exhibit D is a true and correct copy of *Pappas v.*

17   *Countrywide Financial Corp.*, No. 07-cv-5295, slip op. (C.D. Cal. Nov. 28, 2007).

18         6.      Attached hereto as Exhibit E is a true and correct copy of  the firm

19   resume of Labaton Sucharow.

20         7.      Attached hereto as Exhibit F is a true and correct copy of  the firm

21   resume of Motley Rice LLP.

22

23         I hereby declare under penalty of perjury that the foregoing is true and

24   correct.

25

26                                                  _____

27                                                  Michael W. Stocker

28