1 | GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA (99467)
2 | THOMAS C. BRIGHT (169713)
595 Market Street, Suite 2300
3 | San Francisco, California 94105
Telephone: (415) 777-2230
4 | scera@gbcslaw.com
tbright@gbcslaw.com

5

6 | JOHN TORBETT (165615)
ATTORNEY AT LAW
7 | 2416 5th Street, Suite 102
Santa Monica, CA 90405
8 | Telephone: (310) 403-9806
jtlaw@dslextreme.com

9 | Attorneys for the Guerrilla and Hua-Mei Partnerships

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br>RINO INTERNATIONAL CORPORATION, DEJUN ZOU, JENNY LIU, BEN WANG, LI YU, KENNITH C. JOHNSON, JIANPING QIU, XIE QUAN, and ZEJIN LI,<br><br>Defendants.<br><br>[caption continues on next page] | Case No.: CV10-08695 VBF (VBKx)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION OF THE GUERRILLA AND HUA-MEI PARTNERSHIPS FOR (I) APPOINTMENT AS LEAD PLAINTIFFS; (II) APPROVAL OF SELECTION OF LEAD COUNSEL; AND (III) CONSOLIDATION OF <u>RELATED CASES</u><br><br>DATE:  February 14, 2011<br>TIME:  1:30 p.m.<br>CTRM:  9, Spring Street<br>        Los Angeles, CA<br>JUDGE: Hon. Valerie Baker Fairbank |

#123392

| | | |
|---|---|---|
| 1 | ALI BAIG, Individually and on Behalf of All Others Similarly Situated, | Case No.: SACV10-01754 VBF (VBKx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | RINO INTERNATIONAL CORPORATION, DEJUN ZOU, BEN WANG, YI LIU, aka/ JENNY LIU, and YU LI, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |
| 11 | ALAN STEVENS , Individually and on Behalf of All Others Similarly Situated, | Case No. CV10-09011 VBF (VBKx) |
| 12 | | |
| 13 | Plaintiff, | |
| 14 | | |
| 15 | vs. | |
| 16 | RINO INTERNATIONAL CORPORATION, ZOU DEJUN, QIU JIANPING, JENNY LIU, BEN WANG, YU LI, KENNITH C. JOHNSON, QUAN XIE and LI ZEJIN LI, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |
| 22 | [caption continues on next page] | |

#123392

| | | |
|---|---|---|
| 1 | XI ZHANG, Individually and on Behalf of All Others Similarly Situated, | Case No. SACV10-01887 VBF (VBKx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | | |
| 6 | RINO INTERNATIONAL CORPORATION, KENNITH C. JOHNSOHN, ZEJIN LI, JENNY LIU, JIANPING QIU, XIE QUAN, BEN WANG, LI YU, WEIGUO ZHANG, and DEJUN ZOU, | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Defendants. | |
| 11 | | |
| 12 | BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated, | Case No. CV10-09517 VBF (VBKx) |
| 13 | | |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | | |
| 17 | RINO INTERNATIONAL CORPORATION, JIANPING QIU, DEJUN ZOU, KENNITH C. JOHNSON, XIE QUAN, ZEJIN LI, JENNY LIU, BRUCE RICHARDSON, QUAN XIE and WEIGUO ZHANG, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |
| 23 | [caption continues on next page] | |

#123392

| | | |
|---|---|---|
| 1 | PAUL H. VU, Individually and on Behalf of All Others Similarly Situated, | Case No. SACV10-01908 VBF (VBKx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | | |
| 5 | vs. | |
| 6 | RINO INTERNATIONAL CORPORATION, ZOU DEJUN, BEN WANG, YI LIU aka JENNY LIU, BRUCE RICHARDSON, YU LI, QIU JIANPING, KENNITH C. JOHNSON, QUAN XIE, ZEJIN LI and WEIGUO ZHANG, | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Defendants. | |

#123392

1  TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD
2        PLEASE TAKE NOTICE that pursuant to 15 U.S.C. §78u-4(a)(3)(B),
3  Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, the Guerrilla
4  Partners, L.P. and Hua-Mei 21st Century Partners, L.P. (the "Guerrilla and Hua-
5  Mei Partnerships") by their counsel, hereby move this Court for entry of an Order:
6  (1) appointing the Guerrilla and Hua-Mei Partnerships as lead plaintiffs pursuant to
7  the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving
8  the Guerrilla and Hua-Mei Partnerships' choice of counsel for the proposed class;
9  (3) consolidating the Related Cases (*Baig v. RINO International Corporation, et
10 al.,* SACV10-1754 VBF (VBKx); *Zhang v. RINO International Corporation, et al.,*
11 SACV10-01887 CJC (RNBx); *Vu v. RINO International Corporation, et al.,*
12 SACV10-01908 AG (MLGx); *Hufnagle v. RINO International Corporation, et al.,*
13 CV10-8695 VBF (VBKx); *Stevens v. RINO International Corporation, et al.,*
14 CV10-9011 PA (VBKx); and *Chau v. RINO International Corporation, et al.,*
15 CV10-09517 RGK (PJWx)); and (4) granting such other and further relief as the
16 Court may deem just and proper.[1]
17       This Motion is based upon this Notice of Motion and Motion, the
18 Memorandum of Points and Authorities in support thereof, the Declaration of
19 Thomas C. Bright in support thereof, the pleadings and files herein and such other
20 written or oral argument as may be presented to the Court.
21
22
23
24  ────────────────
25 [1]  Local Rule 7-3 requires a conference of counsel prior to filing motions.
26 However, until all such motions have been filed, the Guerrilla and Hua-Mei
27 Partnerships will not known which other entities or persons plan to move for
   appointment as lead plaintiff.  Under these circumstances, the Guerrilla and Hua-
28 Mei Partnerships respectfully requests that the conferral requirement of Local Rule
   7-3 be waived.

#123392

--1

| | | |
|---|---|---|
| 1 | Dated:  January 14, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | By: s/John Torbett |
| 4 | | John Torbett |
| 5 | | Attorney At Law |
| | | 2416 5th Street, Suite 102 |
| 6 | | Santa Monica, CA 90405 |
| 7 | | Telephone: (310) 403-9806 |
| 8 | | jtlaw@dslextreme.com |
| 9 | | GOLD BENNETT CERA & SIDENER LLP |
| 10 | | Solomon B. Cera |
| 11 | | Thomas C. Bright |
| 12 | | 595 Market Street, Suite 2300 |
| 13 | | San Francisco, California 94105 |
| | | Tel: (415) 777-2230 |
| 14 | | Fax: (415) 777-5189 |
| 15 | | scera@gbcslaw.com |
| | | tbright@gbcslaw.com |
| 16 | | |
| 17 | | Attorneys for The Guerrilla and Hua-Mei Partnerships |
| 18 | | |

#123392

--2

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on January 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 14, 2011.

            s/John Torbett
            John Torbett

#123392

--3