# EXHIBIT 1

# The Rosen Law Firm Files Class Action Lawsuit Charging RINO International Corporation with Securities Fraud -- RINO



**Press Release** Source: The Rosen Law Firm, P.A. On Monday November 15, 2010, 3:25 pm EST

NEW YORK--(BUSINESS WIRE)-- The Rosen Law Firm, P.A. today announced that it has filed a class action lawsuit on behalf of investors who purchased the common stock of RINO International Corporation ("RINO" or the "Company") (Nasdaq:RINO - News) during the period from March 31, 2009 to November 11, 2010, inclusive (the "Class Period"), seeking to recover damages for investors from violations of federal securities laws.

To join the RINO class action, visit the firm's website at http://www.rosenlegal.com, or call Laurence Rosen, Esq. or Phillip Kim, Esq., toll-free, at 866-767-3653; you may also email lrosen@rosenlegal.com or pkim@rosenlegal.com for information on the class action. The case is pending in the U.S. District Court for the Central District of California.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY CHOOSE TO DO NOTHING AT THIS POINT AND REMAIN AN ABSENT CLASS MEMBER.

The Complaint asserts violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 against RINO and certain of its officers and directors for misrepresenting the Company's true financial performance. The Complaint alleges that contrary to the Company's annual report filed with the SEC for fiscal 2009 which reported $193 million of revenue, the Company's annual report filed with the Chinese authorities reported only $11 million of revenue for 2009. This discrepancy, along with other accounting inconsistencies, and questionable transactions between RINO and its management, has raised red flags and prompted an internal review. The Complaint asserts that when the market learned of this adverse information, the price of RINO stock dropped damaging investors.

If you wish to serve as lead plaintiff, you must move the Court no later than January 11, 2010. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, or to discuss your rights or interests regarding this class action, please contact Laurence Rosen, Esq. or Phillip Kim, Esq. of The Rosen Law Firm, toll-free, at 866-767-3653, or via e-mail at lrosen@rosenlegal.com or pkim@rosenlegal.com. You may also visit the firm's website at http://www.rosenlegal.com.

The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation.

**Contact:**

```
The Rosen Law Firm P.A.
Laurence Rosen, Esq.
Phillip Kim, Esq.
Tel: 212-686-1060
Weekends Tel: 917-797-4425
Toll Free: 1-866-767-3653
Fax: 212-202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
www.rosenlegal.com
```