# EXHIBIT 3

| NAME | DATE BOUGHT | # SHARES | $ PER SHARE | COST | DATE SOLD | # SHARES SOLD | $ PER SHARE | PROCEEDS | # SHARES RETAINED | LOOKBACK VALUE RETAINED SHARES | APPROXIMATE LOSS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Loss Chart | | | | | | | |
| Stream SICAV | 8/14/2009 | 23,058 | ($13.55) | ($312,549.58) | 10/1/2009 | 40,000 | $19.58 | $783,200.00 | | | |
| | 8/18/2009 | 6,942 | ($14.04) | ($97,476.86) | 11/17/2009 | 30,000 | $24.12 | $723,600.00 | | | |
| | 8/19/2009 | 5,000 | ($13.22) | ($66,100.00) | 11/25/2009 | 2,600 | $28.39 | $73,814.00 | | | |
| | 8/19/2009 | 5,000 | ($13.20) | ($66,000.00) | 12/1/2009 | 10,000 | $29.10 | $291,000.00 | | | |
| | 10/22/2009 | 20,000 | ($23.87) | ($477,400.00) | 1/8/2010 | 36,900 | $31.19 | $1,151,050.11 | | | |
| | 10/23/2009 | 10,000 | ($21.75) | ($217,500.00) | 1/13/2010 | 25,000 | $31.43 | $785,640.75 | | | |
| | 11/24/2009 | 2,600 | ($26.64) | ($69,264.00) | 1/13/2010 | 500 | $31.66 | $15,830.00 | | | |
| | 11/27/2009 | 5,000 | ($27.65) | ($138,250.00) | 2/13/2010 | 400 | $21.62 | $8,648.00 | | | |
| | 11/30/2009 | 5,000 | ($26.68) | ($133,400.00) | 2/17/2010 | 7,137 | $22.30 | $159,169.52 | | | |
| | 4/12/2009 | 1,019 | ($32.85) | ($33,474.15) | 2/19/2010 | 12,463 | $22.36 | $278,696.61 | | | |
| | 7/12/2009 | 13,981 | ($30.46) | ($425,843.08) | 3/18/2010 | 5,000 | $25.39 | $126,950.00 | | | |
| | 8/12/2009 | 35,000 | ($29.66) | ($1,038,249.10) | 8/23/2010 | 17,633 | $16.43 | $289,624.85 | | | |
| | 12/15/2009 | 20,000 | ($27.84) | ($556,750.00) | 8/24/2010 | 10,169 | $16.94 | $172,267.74 | | | |
| | 1/13/2010 | 1,900 | ($29.74) | ($56,506.00) | 9/7/2010 | 2,198 | $15.18 | $33,365.64 | | | |
| | 1/15/2010 | 65,500 | ($29.63) | ($1,940,831.16) | | | | | | | |
| | 1/19/2010 | 5,000 | ($27.56) | ($137,820.05) | | | | | | | |
| | 1/28/2010 | 10,000 | ($21.85) | ($218,500.00) | | | | | | | |
| | 2/10/2010 | 10,000 | ($19.88) | ($198,800.00) | | | | | | | |
| | 3/10/2010 | 5,000 | ($19.75) | ($98,750.00) | | | | | | | |
| | 4/12/2010 | 20,000 | ($20.21) | ($404,100.00) | | | | | | | |
| | 4/22/2010 | 20,000 | ($18.85) | ($376,900.00) | | | | | | | |
| | 5/20/2010 | 30,000 | ($13.94) | ($418,200.00) | | | | | | | |
| | 9/29/2010 | 5,000 | ($12.88) | ($64,410.75) | | | | | | | |
| | **TOTAL** | **325,000** | | **($7,547,074.72)** | | **200,000** | | **$4,892,857.22** | **125,000** | **$632,500.00** | **($2,021,717.51)** |