# EXHIBIT 4



VBF -VBK   Document 39-4    Filed 01/14/11   #:843

### Investment strategy / Politica d'Investimento

The aim of the Fund is to achieve the maximum investor's satisfaction through:

a) the highest medium / long term **capital increase** by an accurate selection, in the NASDAQ, of undervalued shares often in "turnaround" situations. In general, we invest in "value" shares chosen in "growth" sectors, even in rapidly growing countries like China
b) a reasonable **fund safety** by selecting the sectors most protected against the unavoidable negative economic cycles. The Fund does not invest in real estate, financial or insurance, nor in "derivatives", ETFs or other Funds
c) the **minimum fees** existing in the market

L'obiettivo del Fondo consiste nel conseguire la massima soddisfazione dell'investitore mediante:

a) massima **crescita del capitale** nel medio e lungo termine selezionando, nel NASDAQ, titoli sottovalutati spesso in situazioni di "turnaround". In generale, investiamo in azioni "value" pero in settori "growth", anche in paesi in forte crescita come la Cina
b) discreta **sicurezza del capitale** ottenuta scegliendo settori relativamente immuni rispetto agli inevitabili cicli economici negativi. Il fondo non investe in titoli immobiliari, finanziari, assicurativi, "derivativi", ETF né altri fondi di alcun genere
c) **commissioni minime** esistenti sul mercato

### Fund facts (14.01.2010) / Caratteristiche del Fondo

| | | |
|---|---|---|
| Investment manager | Giorgio Peterlongo | Gestore del fondo |
| Location | Milano | Domicilio |
| Fund domicile | Luxembourg | Domicilio del fondo |
| Investment advisor | Stream Advisers Lux Holding | Consulente d'investimento |
| Depositary Bank | Sella Bank Luxembourg | Banca depositaria |
| Transfer agent | European Fund Admin. SA | Agente di corrispondenza |
| Transfer from Italy | Credit Suisse (Italy) SpA | Acquisti dall'Italia |
| Auditing | Audit & Compliance Lux | Certificazione |
| Fund currency and its % | USD 100 % | Valuta base del fondo e sua % |
| Close of financial year | 30. June | Chiusura d'esercizio |
| Total net assets | 25 Mio USD | Patrimonio netto |
| Inception date | 02.10.2002 | Data di lancio |
| Management fee p.a. | 1 % | Commissione di gestione annua |
| Entrance fee & Exit fee | — | Commissione di ingresso / Uscita |
| Performance fee ^ | 10 % | Commissione di performance ^ |
| Total expense ratio (ex ante) | 1,35 % | Total commissioni annue (ex ante) |
| Portfolio turnover rate | 200 % p.a. | Rotazione di portafoglio |
| Benchmark (BM) | Nasdaq COMP | Indice di riferimento (BM) |
| Sector | Nasdaq & Nyse Equity | Settore |
| Unit class | Category B (capital growth) | Classe (crescita del capitale) |
| ISIN Code | LU0154456536 | Codice ISIN |
| NAV value | 1912.34 $ | Valore dell'azione |
| NAV value (high 2009) | 1910.59 $ | Massimo 2009 |
| NAV value (low 2009) | 1152.19 $ | Minimo 2009 |

^(above high water benchmark level)   ^(oltre il precedente max del BM)

### Number of holdings / Numero di posizioni

| | |
|---|---|
| Fund | 40 |
| Benchmark | over 5000 |

### Top 10 holdings in % / Prime 10 posizioni in %

| | | |
|---|---|---|
| RINO Int'l | (industrial pollution control) | 8.70 |
| Cogent | (automated fingerprint id.sys) | 6.13 |
| GT Solar Int'l | (photovoltaic manuf. equipments) | 5.77 |
| China Tech F W/Com | (mobile handset design & SW) | 5.41 |
| PDL Biopharma | (biopharma patents and royalties) | 5.28 |
| ISIS Pharmaceutical | (biopharma RNAi* antisense tech.) | 4.42 |
| STEC | (solid state drives and solutions) | 3.86 |
| Vivus | (biopharma) | 3.80 |
| CytRX | (biopharma, RNAi*) | 3.44 |
| A-Power EnGenSys | (wind power turbines and farms) | 3.37 |



### Sectors in %

- Cash 10%
- Others 3%
- Pharmaceutical 5%
- Semiconductors, rel. Technology 6%
- Software, Security 10%
- Information Technology 12%
- Green Energies, Environmental 21%
- RNAi* 12% (Inside Biopharma)
- Biopharma 33%

### Countries in %

- Cash 10%
- Israel, Australia 1%
- Germany 1%
- Taiwan 2%
- China 19%
- USA 67%

(*)RNAi (RNA interference) is a revolution in biology, representing a breakthrough in understanding how genes are turned on and off in cells, and a completely new approach to drug discovery and development. Its discovery has been heralded as "a major scientific breakthrough that happens once every decade or so," and represents one of the most promising and rapidly advancing frontiers in biology and drug discovery today which was awarded the 2006 Nobel Prize for Physiology or Medicine. RNAi is a natural process of gene silencing that occurs in organisms ranging from plants to mammals. By harnessing the natural biological process of RNAi occurring in our cells, the creation of a major new class of medicines, known as RNAi therapeutics, is on the horizon.

### Performance graph
### Grafico di andamento

Net performance in USD (1000$ is the inception value of the Stream Sicav NAV). Nasdaq COMP is rebased to 1000 for comparing (was 1213.72 at the inception date)

*Andamento del fondo in USD (1000$ è il valore iniziale di sottoscrizione della NAV di Stream Sicav). L'indice Nasdaq COMP è ricalcolato, per confronto, assumendo 1000 come base iniziale (il suo valore era 1213.72 alla data di lancio)*



The performance graph shows how the Fund is generally overperforming the benchmark in the bull and underperforming it during the bear markets, with the exception of the last 2 years of recession: the more prudent management strategy then introduced has permitted to perform equally in 2008 and better in 2009.

Nothwithstanding the exceptional market crash during the period, **in the 7.3 years since the inception the NAV has grown by 91.2 %, anyway beating the benchmark** by a total 0.57 %, while **the management performance ( calculated gross of all fees ) has beaten it by a good 1.43 % p.a.**

*Il grafico mostra come generalmente il Fondo performa meglio del benchmark nelle fasi positive, e peggio in quelle negative di mercato. Questo eccettuati gli ultimi 2 anni di recessione : la più prudente strategia allora introdotta ha permesso di performare come il benchmark nel 2008 e di batterlo nel 2009.*

*Nonostante l'eccezionale crollo di mercato durante il periodo, **nei 7,3 anni dal lancio la NAV è cresciuta del 91,2 %, battendo comunque il benchmark** sia pure soltanto dello 0,57 % in totale, mentre **la management performance ( calcolata al lordo di tutte le commissioni ) lo ha battuto di un notevole 1,43 % all'anno.***

### General Informations
### Informazioni generali

**STREAM** SICAV is a Sicav registered in Luxembourg, and **conform to EU rules**. NAV calculation is made on a weekly basis ( thursday morning, before the USA Stock Exchanges opening). Fiscal cost in EU is only related to the taxation by the investor's Country on the eventual capital increase at the sale moments.

* **Its base currency is the USD.** All data and performances in the preceeding pages are referred to the USD. In other currencies such data and results can heavily change, depending on the exchange rates variation between purchase and sale moments.
* Its benchmark is the COMP index, thus practically the whole Nasdaq, with its over 5000 shares quoted. Because of these shares peculiarities, in particular their higher volatility, **this has to be considered a high risk investment, suitable only for medium / long term horizons, with the goal of obtaining a higher capital increase** than the one awaited from other type of Funds.
* **performances, peculiarities, low fix fees and the lack of entrance and exit fees make it specially interesting for the Private Banking and the Fund of Funds, in order to diversify the most aggressive parts of the managed portfolios.**
* data, quotations and graph are available on Website www.finesti.com > find a fund > stream sicav

*STREAM SICAV è una SICAV lussemburghese **armonizzata UE** con quotazione settimanale (il giovedì mattina, prima dell'apertura delle borse USA). Il regime di tassazione dipende solo dal prelievo sull'eventuale plusvalenza al momento della rivendita effettuato nel Paese dell'investitore.*

* *è denominata in dollari USA. Tutti i dati e i risultati riportati alle pagine precedenti sono riferiti a questa valuta. In Euro tali dati e risultati possono variare considerevolmente, in funzione della differenza fra il tasso di cambio al momento dell'acquisto e quello al momento della vendita.*
* *ha per benchmark l'indice COMP, cioè in pratica l'intero Nasdaq, con oltre 5000 titoli quotati. Date le caratteristiche dei titoli di tale mercato, fra cui la maggiore volatilità, **un eventuale investimento va considerato ad alto rischio e solo per il medio / lungo termine, con l'obiettivo di una rivalutazione di capitale superiore** a quella attesa da altri tipi di Fondi.*
* ***andamento, caratteristiche, basse commissioni fisse e assenza di commissioni d'ingresso e d'uscita ne fanno uno strumento interessante nel Private Banking e nei Fund of Funds, per la diversificazione della parte più aggressiva del portafoglio.***
* *dati e andamento sono visibili su Internet nel sito www.finesti.com > find a fund > stream sicav*

VBF -VBK Document 39-4 Filed 01/14/11 #:84



**Important notice :**
These pages are not intended for a public diffusion. They are printed only for information purpose to the present shareholders and to professionals interested in the sector.  This  release  shall  not constitute an offer to sell, or the solicitation or an offer to buy the Fund's shares.  The indicated past performances do not guarantee in any way a future positive evolution. All reported data are calculated by the management, by Sella Bank Luxembourg or by the European Fund Administration SA.

*Avviso importante :*
*Questo prospetto ha scopo esclusivamente informativo, non è destinato a una diffusione pubblica ma è inteso solo per gli attuali azionisti e gli operatori professionali del settore. Esso non costituisce né un'offerta né un invito all'acquisto o alla vendita dei titoli del Fondo. Le indicazioni sulle performance registrate per il passato non garantiscono necessariamente un'evoluzione positiva per il futuro. Tutti i dati  riportati  sono calcolati dal management, da Sella Bank Luxembourg o da  European Fund Administration SA.*