ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
RYAN A. LLORENS (225196)
BRIAN O. O'MARA (229737)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
ryanl@rgrdlaw.com
bomara@rgrdlaw.com

SAXENA WHITE P.A.
JOSEPH E. WHITE
LESTER R. HOOKER
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)

[Proposed] Co-Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>  Defendants. | No. 2:10-cv-08695-VBF(VBKx)<br><br>CLASS ACTION<br><br>DECLARATION OF BRIAN O. O'MARA IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>DATE:  February 14, 2011<br>TIME:  1:30 p.m.<br>CTRM:  9<br>JUDGE:  Hon. Valerie Baker Fairbank |

593656_1

1  I, BRIAN O. O'MARA, declare as follows:

2  1. I am an attorney duly licensed to practice before the courts of the State of California and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, one of the firms selected as proposed co-lead counsel for proposed lead plaintiff Giuliano and Adriana Biondi Lazzeretti and Regulos Davila in the above-captioned action. I make this declaration in support of the Lazzerettis and Mr. Davila's Motion for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of class action published on *Business Wire*, a national business-oriented publication, dated November 15, 2010;

Exhibit B: Movants' sworn certifications;

Exhibit C: Movants' loss estimate;

Exhibit D: Robbins Geller Rudman & Dowd LLP firm résumé; and

Exhibit E: Saxena White P.A. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of January, 2010, at San Diego, California.

                                           s/ BRIAN O. O'MARA
                                           BRIAN O. O'MARA

593656_1

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2011.

s/ BRIAN O. O'MARA
BRIAN O. O'MARA

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     bomara@rgrdlaw.com

593656_1

# Mailing Information for a Case 2:10-cv-08695-VBF -VBK

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Emily V Griffen**
  egriffen@shearman.com,rcheatham@shearman.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Phillip Kim
The Rosen Law Firm PA
275 Madison Avenue  34th Floor
New York, NY 10016
```