# EXHIBIT A



1 of 1 DOCUMENT

Copyright 2010 Business Wire, Inc.
Business Wire

November 15, 2010 Monday 4:57 AM GMT

**DISTRIBUTION:** Business Editors; Legal Editors

**LENGTH:** 678 words

**HEADLINE:** Glancy Binkow & Goldberg LLP, Representing Investors of RINO International Corporation, Announces Class Action Lawsuit and Seeks to Recover Losses

**DATELINE:** LOS ANGELES

**BODY:**

Notice is hereby given that Glancy Binkow & Goldberg LLP has filed a class action lawsuit in the United States District Court for the Central District of California on behalf of a class consisting of all persons or entities who purchased the securities of RINO International Corporation ("RINO" or the "Company") (Nasdaq:RINO) between November 13, 2009, and November 11, 2010, inclusive (the "Class Period").

A copy of the Complaint is available from the court or from Glancy Binkow & Goldberg LLP. Please contact us by phone to discuss this action or to obtain a copy of the Complaint at (310) 201-9150 or Toll Free at (888) 773-9224, by email at shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com .

The Complaint charges the Company and certain of its executive officers with violations of federal securities laws. RINO, through its subsidiaries, operates as an environmental protection and remediation company in the People's Republic of China. The Company engages in designing, manufacturing, installing and servicing wastewater treatment and flue gas desulphurization equipment, primarily for use in the iron and steel industry, and anti-oxidation products and equipment for use in the manufacture of hot rolled steel plate products. The Complaint alleges that defendants knew or recklessly disregarded that their public statements concerning RINO's business, operations and prospects were materially false and misleading. Specifically, throughout the Class Period defendants made false and/or misleading statements and/or failed to disclose: (1) that certain customers did not purchase flue gas desulfurization ("FGD") systems as the Company had previously claimed; (2) that the Company's financial results reported to China's State Administration of Industry and Commerce were substantially less than the financial results the Company reported to the public and contained in the financial statements RINO filed with the SEC; (3) that the Company lacked adequate internal and financial controls; and (4), as a result of the foregoing, that the Company's financial results were materially false and misleading at all relevant times.

On November 10, 2010, a research firm issued a report calling into question, among others, the Company's customer relationships, accounting, and financial results. The research firm claimed that its investigation indicated that RINO had fabricated customer relationships, exaggerated sales, and issued false financial statements. In particular, the report highlighted that the same day that RINO closed a $100 million financing transaction, certain officers and/or directors "borrowed" $3.2 million from the Company to purchase a luxury home in Orange County, California.

As a result of this news, shares of RINO declined by $2.34 per share, more than 15%, to close on November 10, 2010, at $13.18 per share, on unusually high volume, and further declined another $2.08 per share, 15.08%, to close on November 11, 2010, at $11.10 per share, also on unusually high volume.

Plaintiff seeks to recover damages on behalf of class members and is represented by Glancy Binkow & Goldberg LLP, a law firm with significant experience in prosecuting class actions, and substantial expertise in actions involving corporate fraud.

If you are a member of the class described above, you may move the Court, no later than 60 days from November 15, 2010, to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Michael Goldberg, Esquire, of Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at (310) 201-9150 or Toll Free at (888) 773-9224, by e-mail to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com .

CONTACT: Glancy Binkow & Goldberg LLP, Los Angeles, CA
Lionel Z. Glancy
Michael Goldberg
310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** November 16, 2010