# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

We, Giuliano Lazzeretti and Adriana Biondi Lazzeretti, certify that:

1. We have reviewed a complaint and we authorize Saxena White P.A. to act on our behalf in this matter in applying for Lead Plaintiff status or for filing as a named plaintiff, and for all other purposes in connection with this litigation.

2. We did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. We are willing to serve as a Lead Plaintiff or class representative, either jointly, individually, or as part of a group. We understand that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. We represent and warrant that we are authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, ourselves, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. We will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. We understand that this is not a claim form, and that our ability to share in any recovery as a member of the class is unaffected by our decision to serve as a representative party or Lead Plaintiff.

7. We have listed below all our transactions in the securities of **RINO International Corporation** during the Class Period as follows:

| Type of Security (Common stock) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| SEE ATTACHED SCHEDULE A | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

☒ General (non-retirement account)   ☐ Merger/acquisition/distribution   ☐ Gift
☐ IRA                                ☐ Employer-sponsored plan (401k, 403b, etc.)

8. During the three years prior to the date of this Certification, we have sought to serve as a representative party for a class in an action filed under the federal securities laws:

*Elliott v. China Green Agriculture, Inc.; District of Nevada; 3:10-cv-00648*

We declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this __16th__ day of December, 2010

Giuliano Lazzeretti
Name (print)                             Signature

Adriana Biondi Lazzeretti
Name (print)                             Signature

SCHEDULE A TO CERTIFICATION OF GIULIANO LAZZERETTI AND ADRIANA BIONDI LAZZERETTI

RINO International Corporation (cusip 766883102)

**PURCHASE TRANSACTIONS**

| Date | # of Shares | Price/Share |
| --- | --- | --- |
| 11/30/2009 | 46 | $33.40 |
| 11/30/2009 | 54 | $33.40 |
| 11/30/2009 | 200 | $33.40 |
| 11/30/2009 | 200 | $33.40 |
| 12/2/2009 | 100 | $30.88 |
| 12/2/2009 | 100 | $30.86 |
| 12/2/2009 | 100 | $30.87 |
| 12/2/2009 | 100 | $30.85 |
| 12/2/2009 | 100 | $30.87 |
| 12/2/2009 | 100 | $30.88 |
| 12/2/2009 | 100 | $30.88 |
| 12/2/2009 | 100 | $30.88 |
| 12/2/2009 | 300 | $30.87 |
| 12/3/2009 | 63 | $29.59 |
| 12/3/2009 | 100 | $29.56 |
| 12/3/2009 | 137 | $29.57 |
| 12/3/2009 | 200 | $29.57 |
| 12/4/2009 | 100 | $29.68 |
| 12/4/2009 | 100 | $29.67 |
| 12/4/2009 | 100 | $29.66 |
| 12/4/2009 | 100 | $29.66 |
| 12/11/2009 | 50 | $26.39 |
| 12/11/2009 | 50 | $26.39 |
| 12/11/2009 | 100 | $26.88 |
| 12/11/2009 | 100 | $26.88 |
| 12/11/2009 | 100 | $26.87 |
| 12/11/2009 | 100 | $26.88 |
| 12/11/2009 | 100 | $26.88 |
| 12/11/2009 | 200 | $26.39 |
| 12/11/2009 | 200 | $26.39 |
| 12/14/2009 | 100 | $28.49 |
| 12/14/2009 | 100 | $28.48 |
| 12/14/2009 | 100 | $28.49 |
| 12/14/2009 | 200 | $29.00 |
| 12/14/2009 | 200 | $28.48 |
| 12/15/2009 | 300 | $28.99 |
| 12/23/2009 | 100 | $28.50 |
| 12/23/2009 | 100 | $28.50 |
| 12/23/2009 | 100 | $28.50 |
| 12/23/2009 | 100 | $28.96 |

SCHEDULE A TO CERTIFICATION OF GIULIANO LAZZERETTI AND ADRIANA BIONDI LAZZERETTI

RINO International Corporation (cusip 766883102)

SCHEDULE A TO CERTIFICATION OF GIULIANO LAZZERETTI AND ADRIANA BIONDI LAZZERETTI

RINO International Corporation (cusip 766883102)

**PURCHASE TRANSACTIONS**

| Date | # of Shares | Price/Share |
|---|---|---|
| 12/23/2009 | 100 | $29.00 |
| 12/23/2009 | 200 | $28.50 |
| 12/23/2009 | 300 | $29.00 |
| 12/24/2009 | 100 | $29.66 |
| 12/29/2009 | 500 | $28.39 |
| 1/21/2010 | 50 | $22.81 |
| 1/21/2010 | 50 | $22.83 |
| 1/21/2010 | 100 | $22.82 |
| 1/21/2010 | 100 | $22.83 |
| 1/21/2010 | 100 | $22.83 |
| 1/21/2010 | 200 | $22.82 |
| 1/21/2010 | 200 | $22.81 |
| 1/21/2010 | 200 | $22.82 |
| 2/25/2010 | 100 | $19.09 |
| 2/25/2010 | 100 | $19.09 |
| 2/25/2010 | 100 | $19.09 |
| 2/25/2010 | 100 | $19.09 |
| 2/25/2010 | 100 | $19.09 |
| 2/25/2010 | 100 | $19.09 |
| 2/25/2010 | 300 | $19.08 |
| 3/1/2010 | 100 | $20.31 |
| 3/1/2010 | 900 | $20.31 |
| 3/2/2010 | 25 | $21.82 |
| 3/2/2010 | 75 | $21.84 |
| 3/2/2010 | 100 | $21.83 |
| 3/2/2010 | 100 | $21.84 |
| 3/2/2010 | 100 | $21.83 |
| 3/2/2010 | 100 | $21.83 |
| 3/2/2010 | 100 | $21.23 |
| 3/2/2010 | 100 | $21.23 |
| 3/2/2010 | 100 | $21.23 |
| 3/2/2010 | 200 | $21.23 |
| 3/3/2010 | 100 | $23.46 |
| 3/3/2010 | 100 | $23.43 |
| 3/3/2010 | 100 | $23.46 |
| 3/3/2010 | 100 | $23.46 |
| 3/3/2010 | 100 | $23.43 |
| 6/9/2010 | 100 | $11.85 |
| 6/9/2010 | 100 | $11.85 |
| 6/9/2010 | 100 | $11.84 |

SCHEDULE A TO CERTIFICATION OF GIULIANO LAZZERETTI AND ADRIANA BIONDI LAZZERETTI

RINO International Corporation (cusip 766883102)

### PURCHASE TRANSACTIONS

| Date | # of Shares | Price/Share |
|---|---|---|
| 6/9/2010 | 100 | $12.04 |
| 6/9/2010 | 200 | $11.86 |
| 6/9/2010 | 200 | $11.86 |
| 6/9/2010 | 200 | $12.04 |
| 6/9/2010 | 300 | $11.86 |
| 6/9/2010 | 300 | $12.04 |
| 6/9/2010 | 400 | $12.04 |
| 6/15/2010 | 50 | $14.14 |
| 6/15/2010 | 50 | $14.16 |
| 6/15/2010 | 50 | $14.18 |
| 6/15/2010 | 100 | $14.14 |
| 6/15/2010 | 100 | $14.14 |
| 6/15/2010 | 100 | $14.14 |
| 6/15/2010 | 100 | $14.14 |
| 6/15/2010 | 100 | $14.16 |
| 6/15/2010 | 100 | $14.18 |
| 6/15/2010 | 100 | $14.18 |
| 6/15/2010 | 100 | $14.18 |
| 6/15/2010 | 100 | $14.23 |
| 6/15/2010 | 100 | $14.16 |
| 6/15/2010 | 100 | $14.16 |
| 6/15/2010 | 200 | $14.16 |
| 6/15/2010 | 200 | $14.18 |
| 6/15/2010 | 200 | $14.18 |
| 6/15/2010 | 200 | $14.16 |
| 6/15/2010 | 300 | $14.14 |
| 6/15/2010 | 300 | $14.24 |
| 6/15/2010 | 300 | $14.24 |
| 6/16/2010 | 35 | $14.93 |
| 6/16/2010 | 50 | $14.50 |
| 6/16/2010 | 65 | $14.91 |
| 6/16/2010 | 100 | $14.49 |
| 6/16/2010 | 100 | $14.49 |
| 6/16/2010 | 100 | $14.93 |
| 6/16/2010 | 100 | $14.93 |
| 6/16/2010 | 100 | $14.93 |
| 6/16/2010 | 200 | $14.50 |
| 6/16/2010 | 200 | $14.49 |
| 6/16/2010 | 200 | $14.93 |
| 6/16/2010 | 600 | $14.93 |

SCHEDULE A TO CERTIFICATION OF GIULIANO LAZZERETTI AND ADRIANA BIONDI LAZZERETTI

RINO International Corporation (cusip 766883102)

**PURCHASE TRANSACTIONS**

| Date | # of Shares | Price/Share |
| --- | --- | --- |
| 6/17/2010 | 100 | $14.72 |
| 6/17/2010 | 200 | $14.69 |
| 6/18/2010 | 100 | $14.58 |
| 6/18/2010 | 100 | $14.73 |
| 6/18/2010 | 200 | $14.58 |
| 6/18/2010 | 200 | $14.58 |
| 6/18/2010 | 300 | $14.58 |
| 6/18/2010 | 300 | $14.58 |
| 8/18/2010 | 100 | $16.33 |
| 8/18/2010 | 100 | $16.34 |
| 8/18/2010 | 100 | $16.34 |
| 8/18/2010 | 100 | $16.34 |
| 8/18/2010 | 100 | $16.31 |
| 8/18/2010 | 100 | $16.31 |
| 8/18/2010 | 200 | $16.33 |
| 8/18/2010 | 300 | $16.33 |
| 10/11/2010 | 50 | $15.25 |
| 10/11/2010 | 65 | $15.24 |
| 10/11/2010 | 100 | $15.24 |
| 10/11/2010 | 100 | $15.24 |
| 10/11/2010 | 100 | $15.24 |
| 10/11/2010 | 100 | $15.24 |
| 10/11/2010 | 200 | $15.24 |
| 10/11/2010 | 335 | $15.24 |
| 10/11/2010 | 350 | $15.25 |
| 10/11/2010 | 600 | $15.25 |
| 10/12/2010 | 100 | $15.44 |
| 10/12/2010 | 300 | $15.44 |
| 10/12/2010 | 500 | $15.44 |
| 11/11/2010 | 100 | $11.08 |
| 11/11/2010 | 100 | $11.12 |
| 11/11/2010 | 100 | $11.09 |
| 11/11/2010 | 100 | $11.09 |
| 11/11/2010 | 100 | $11.09 |
| 11/11/2010 | 500 | $11.13 |
| 11/17/2010 | 74 | $5.93 |
| 11/17/2010 | 100 | $5.96 |
| 11/17/2010 | 100 | $5.96 |
| 11/17/2010 | 100 | $5.96 |
| 11/17/2010 | 100 | $5.96 |

SCHEDULE A TO CERTIFICATION OF GIULIANO LAZZERETTI AND ADRIANA BIONDI LAZZERETTI

RINO International Corporation (cusip 766883102)

### PURCHASE TRANSACTIONS

| Date | # of Shares | Price/Share |
|---|---|---|
| 11/17/2010 | 125 | $6.05 |
| 11/17/2010 | 190 | $6.05 |
| 11/17/2010 | 285 | $6.05 |
| 11/17/2010 | 300 | $5.96 |
| 11/17/2010 | 800 | $5.96 |
| 11/17/2010 | 926 | $5.93 |

### SALES TRANSACTIONS

| Date | # of Shares | Price/Share |
|---|---|---|
| 11/17/2010 | 300 | $6.05 |
| 11/17/2010 | 200 | $6.04 |
| 11/17/2010 | 100 | $6.05 |
| 11/17/2010 | 100 | $6.04 |
| 11/17/2010 | 100 | $6.04 |
| 11/17/2010 | 100 | $6.04 |

## CERTIFICATION

I, Regulos Davila ("Plaintiff"), declare, as to the claims asserted under the federal securities laws that

1. Plaintiff has reviewed the complaint and authorizes its filing.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, either individually or as part of a group, including providing testimony at deposition or trial, if necessary. I understand that is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

4. Plaintiff's purchase and sale transaction(s) in the RINO International Corp. (NASDAQ: RINO) security that is the subject of this action during the Class Period is/are as follows:

| Type of Security (common stock, preferred, option, or bond) | Number of Shares | Bought | Sold | Date | Price per share |
|---|---|---|---|---|---|
|  | SEE ATTACHED |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(Please list additional purchase and sale information on a separate sheet of paper, if necessary)

5. Plaintiff has complete authority to bring a suit to recover for investment losses on behalf of purchasers of the security described herein (including Plaintiff, any co-owners, any corporations or other entities, and/or any beneficial owners).

6. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws, except as described below_____.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of __Jan__, 2011.

Regulos Davila

SCHEDULE A TO CERTIFICATION OF REGULOS DAVILA
RINO International Corporation (cusip 766883102)

PURCHASE TRANSACTIONS

| Date | # of Shares | Price/Share |
|---|---|---|
| 10/29/2010 | 5,000 | $18.12 |
| 11/11/2010 | 5,000 | $11.10 |
| 11/15/2010 | 100 | $8.01 |
| 11/15/2010 | 300 | $8.05 |
| 11/15/2010 | 400 | $8.07 |
| 11/15/2010 | 2,700 | $8.04 |
| 11/15/2010 | 3,700 | $8.03 |
| 11/15/2010 | 1,400 | $8.02 |