# EXHIBIT C

Movants' Purchases and Losses

Rino International Corp

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/30/2009 | 46 | $33.40 | $1,536.40 | 11/17/2010 | 100 | $6.05 | $605.00 | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/30/2009 | 54 | $33.40 | $1,803.60 | 11/17/2010 | 100 | $6.04 | $604.00 | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/30/2009 | 200 | $33.40 | $6,680.00 | 11/17/2010 | 100 | $6.04 | $604.00 | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/30/2009 | 200 | $33.40 | $6,680.00 | 11/17/2010 | 100 | $6.04 | $604.00 | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.88 | $3,088.00 | 11/17/2010 | 200 | $6.04 | $1,208.00 | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.86 | $3,086.00 | 11/17/2010 | 300 | $6.05 | $1,815.00 | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.87 | $3,087.00 | held | 26,000 | $3.67 | $95,420.00 | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.85 | $3,085.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.87 | $3,087.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.88 | $3,088.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.88 | $3,088.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 100 | $30.88 | $3,088.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/02/2009 | 300 | $30.87 | $9,261.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/03/2009 | 63 | $29.59 | $1,864.17 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/03/2009 | 100 | $29.56 | $2,956.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/03/2009 | 137 | $29.57 | $4,051.09 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/03/2009 | 200 | $29.57 | $5,914.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/04/2009 | 100 | $29.68 | $2,968.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/04/2009 | 100 | $29.67 | $2,967.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/04/2009 | 100 | $29.66 | $2,966.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/04/2009 | 100 | $29.66 | $2,966.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 50 | $26.39 | $1,319.50 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 50 | $26.39 | $1,319.50 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 100 | $26.88 | $2,688.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 100 | $26.88 | $2,688.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 100 | $26.87 | $2,687.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 100 | $26.88 | $2,688.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 100 | $26.88 | $2,688.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 200 | $26.39 | $5,278.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/11/2009 | 200 | $26.39 | $5,278.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/14/2009 | 100 | $28.49 | $2,849.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/14/2009 | 100 | $28.48 | $2,848.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/14/2009 | 100 | $28.49 | $2,849.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/14/2009 | 200 | $29.00 | $5,800.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/14/2009 | 200 | $28.48 | $5,696.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/15/2009 | 300 | $28.99 | $8,697.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/23/2009 | 100 | $28.50 | $2,850.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/23/2009 | 100 | $28.50 | $2,850.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/23/2009 | 100 | $28.96 | $2,896.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/23/2009 | 100 | $29.00 | $2,900.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/23/2009 | 200 | $28.50 | $5,700.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/23/2009 | 300 | $29.00 | $8,700.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/24/2009 | 100 | $29.66 | $2,966.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 12/29/2009 | 500 | $28.39 | $14,195.00 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 50 | $22.81 | $1,140.50 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 50 | $22.83 | $1,141.50 | | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 100 | $22.82 | $2,282.00 | | | | | |

Movants' Purchases and Losses

Rino International Corp

| Name | Date | Shares | Price | Amount |
|---|---|---|---|---|
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 100 | $22.83 | $2,283.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 100 | $22.83 | $2,283.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 200 | $22.82 | $4,564.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 200 | $22.81 | $4,562.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 01/21/2010 | 200 | $22.82 | $4,564.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 02/25/2010 | 100 | $19.09 | $1,909.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 02/25/2010 | 100 | $19.09 | $1,909.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 02/25/2010 | 100 | $19.09 | $1,909.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 02/25/2010 | 100 | $19.09 | $1,909.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 02/25/2010 | 100 | $19.09 | $1,909.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 02/25/2010 | 300 | $19.08 | $5,724.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/01/2010 | 100 | $20.31 | $2,031.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/01/2010 | 900 | $20.31 | $18,279.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 25 | $21.82 | $545.50 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 75 | $21.84 | $1,638.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 100 | $21.83 | $2,183.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 100 | $21.84 | $2,184.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 100 | $21.83 | $2,183.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 100 | $21.83 | $2,183.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 100 | $21.23 | $2,123.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 100 | $21.23 | $2,123.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 100 | $21.23 | $2,123.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/02/2010 | 200 | $21.23 | $4,246.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/03/2010 | 100 | $23.46 | $2,346.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/03/2010 | 100 | $23.43 | $2,343.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/03/2010 | 100 | $23.46 | $2,346.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/03/2010 | 100 | $23.46 | $2,346.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 03/03/2010 | 100 | $23.43 | $2,343.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 100 | $11.85 | $1,185.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 100 | $11.85 | $1,185.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 100 | $11.84 | $1,184.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 100 | $12.04 | $1,204.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 200 | $11.86 | $2,372.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 200 | $11.86 | $2,372.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 200 | $12.04 | $2,408.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 300 | $11.86 | $3,558.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 300 | $12.04 | $3,612.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/09/2010 | 400 | $12.04 | $4,816.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 50 | $14.14 | $707.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 50 | $14.16 | $708.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 50 | $14.18 | $709.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.14 | $1,414.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.14 | $1,414.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.14 | $1,414.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.14 | $1,414.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.16 | $1,416.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.18 | $1,418.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.18 | $1,418.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.18 | $1,418.00 |

Movants' Purchases and Losses — Rino International Corp

| Name | Date | Shares | Price | Amount |
|---|---|---|---|---|
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.23 | $1,423.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.16 | $1,416.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 100 | $14.16 | $1,416.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 200 | $14.16 | $2,832.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 200 | $14.18 | $2,836.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 200 | $14.18 | $2,836.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 200 | $14.16 | $2,832.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 300 | $14.14 | $4,242.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 300 | $14.24 | $4,272.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/15/2010 | 300 | $14.24 | $4,272.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 35 | $14.93 | $522.55 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 50 | $14.50 | $725.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 65 | $14.91 | $969.15 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 100 | $14.49 | $1,449.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 100 | $14.49 | $1,449.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 100 | $14.93 | $1,493.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 100 | $14.93 | $1,493.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 100 | $14.93 | $1,493.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 200 | $14.50 | $2,900.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 200 | $14.49 | $2,898.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 200 | $14.93 | $2,986.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/16/2010 | 600 | $14.93 | $8,958.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/17/2010 | 100 | $14.72 | $1,472.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/17/2010 | 200 | $14.69 | $2,938.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/18/2010 | 100 | $14.58 | $1,458.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/18/2010 | 100 | $14.73 | $1,473.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/18/2010 | 200 | $14.58 | $2,916.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/18/2010 | 200 | $14.58 | $2,916.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/18/2010 | 300 | $14.58 | $4,374.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 06/18/2010 | 300 | $14.58 | $4,374.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 100 | $16.33 | $1,633.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 100 | $16.34 | $1,634.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 100 | $16.34 | $1,634.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 100 | $16.34 | $1,634.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 100 | $16.31 | $1,631.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 100 | $16.31 | $1,631.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 200 | $16.33 | $3,266.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 08/18/2010 | 300 | $16.33 | $4,899.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 50 | $15.25 | $762.50 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 65 | $15.24 | $990.60 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 100 | $15.24 | $1,524.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 100 | $15.24 | $1,524.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 100 | $15.24 | $1,524.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 100 | $15.24 | $1,524.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 200 | $15.24 | $3,048.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 335 | $15.24 | $5,105.40 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 350 | $15.25 | $5,337.50 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/11/2010 | 600 | $15.25 | $9,150.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/12/2010 | 100 | $15.44 | $1,544.00 |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/12/2010 | 300 | $15.44 | $4,632.00 |

Movants' Purchases and Losses

Rino International Corp

| Name | Date | Shares | Price | Amount | | | | |
|---|---|---|---|---|---|---|---|---|
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 10/12/2010 | 500 | $15.44 | $7,720.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/11/2010 | 100 | $11.08 | $1,108.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/11/2010 | 100 | $11.12 | $1,112.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/11/2010 | 100 | $11.09 | $1,109.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/11/2010 | 100 | $11.09 | $1,109.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/11/2010 | 100 | $11.09 | $1,109.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/11/2010 | 500 | $11.13 | $5,565.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 74 | $5.93 | $438.82 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 100 | $5.96 | $596.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 100 | $5.96 | $596.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 100 | $5.96 | $596.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 100 | $5.96 | $596.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 125 | $6.05 | $756.25 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 190 | $6.05 | $1,149.50 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 285 | $6.05 | $1,724.25 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 300 | $5.96 | $1,788.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 800 | $5.96 | $4,768.00 | | | | |
| Giuliano Lazzeretti and Adriana Biondi Lazzeretti | 11/17/2010 | 926 | $5.93 | $5,491.18 | | | | |
| Giuliano Lazzaretti and Adriana Biondi Lazzaretti | | 26,900 | | $479,093.46 | | 26,900 | $100,860.00 | ($378,233.46) |
| Regulos Davila | 10/29/2010 | 5,000 | $18.12 | $90,600.00 | | | | |
| Regulos Davila | 11/11/2010 | 5,000 | $11.10 | $55,500.00 | held | 18,600 | $3.67 | $68,262.00 |
| Regulos Davila | 11/15/2010 | 100 | $8.01 | $801.00 | | | | |
| Regulos Davila | 11/15/2010 | 300 | $8.05 | $2,415.00 | | | | |
| Regulos Davila | 11/15/2010 | 400 | $8.07 | $3,228.00 | | | | |
| Regulos Davila | 11/15/2010 | 1,400 | $8.02 | $11,228.00 | | | | |
| Regulos Davila | 11/15/2010 | 2,700 | $8.04 | $21,708.00 | | | | |
| Regulos Davila | 11/15/2010 | 3,700 | $8.03 | $29,711.00 | | | | |
| Regulos Davila | | 18,600 | | $215,191.00 | | 18,600 | $68,262.00 | ($146,929.00) |
| Movants' Total | | 45,500 | | $694,284.46 | | 45,500 | $169,122.00 | ($525,162.46) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $3.67 as of January 13, 2011.