Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
ckeller@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Zheming Ruan and Proposed Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>Defendants. | Case No.: 2:10-cv-08695-VBF-VBK<br><br>**RESPONSE OF ZHEMING RUAN TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Hearing Date: February 14, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Valerie Baker Fairbank<br>Courtroom: 9 |

*[Additional Captions on Following Page]*

| | |
|---|---|
| ALI BAIG, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>                Defendants. | Case No.: 8:10-cv-01754-VBF-VBK<br><br>Hon. Valerie Baker Fairbank |
| ALAN STEVENS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>                Defendants. | Case No.: 2:10-cv-09011-VBF-VBK<br><br>Hon. Valerie Baker Fairbank |
| BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>                Defendants. | Case No.: 2:10-cv-09517-VBF-VBK<br><br>Hon. Valerie Baker Fairbank |

| | | |
|---|---|---|
| 1 | XI ZHANG, Individually and on Behalf of All Others Similarly Situated, ) | |
| 2 | ) | Case No.: 8:10-cv-01887-VBF-VBK |
| 3 | Plaintiff, ) | Hon. Valerie Baker Fairbank |
| 4 | v. ) | |
| 5 | ) | |
| 6 | RINO INTERNATIONAL CORPORATION, et al., ) | |
| 7 | Defendants. ) | |
| 8 | | |
| 9 | PAUL H. VU, Individually and on Behalf of All Others Similarly Situated, ) | Case No.: 8:10-cv-01908-VBF-VBK |
| 10 | ) | |
| 11 | Plaintiff, ) | Hon. Valerie Baker Fairbank |
| 12 | v. ) | |
| 13 | RINO INTERNATIONAL CORPORATION, et al., ) | |
| 14 | ) | |
| 15 | Defendants. ) | |

CASE NO. 2:10-CV-08695-VBF-VBK: RESPONSE OF RUAN TO COMPETING
MOTS. FOR CONSOL., APP'T AS LEAD PL., & APPROVAL OF SELECTION OF COUNSEL

Zheming Ruan respectfully submits this response to the competing motions for consolidation, appointment of lead plaintiff, and selection of counsel in the above-captioned action (the "Action").

Having reviewed the competing motions, it appears that Mr. Ruan does not possess the "largest financial interest in the relief sought by the class" as required by the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). If, for any reason, the competing movants are found to be inadequate or atypical, or are unable to serve as lead plaintiff in the Action, Mr. Ruan stands ready, willing, and able to serve as lead plaintiff if called upon by the Court.

Dated: January 24, 2011

Respectfully submitted,

By: /s/ Mark Labaton

Mark Labaton (Bar No. 159555)
mlabaton@motleyrice.com
**MOTLEY RICE LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
Telephone: (310) 500-3488
Facsimile: (310) 824-2870

*Proposed Liaison Counsel for the Class*

Christopher J. Keller
ckeller@labaton.com
Michael W. Stocker (Bar No. 179083)
mstocker@labaton.com
Rachel A. Avan
ravan@labaton.com
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Zheming Ruan and Proposed Lead Counsel for the Class*

| | |
|---|---|
| 1 | Jacob H. Zamansky |
| 2 | jake@zamansky.com |
|   | Edward H. Glenn, Jr. |
| 3 | eglenn@zamansky.com |
| 4 | **ZAMANSKY & ASSOCIATES, LLC** |
|   | 50 Broadway, 32nd Floor |
| 5 | New York, New York  10004 |
|   | Telephone: (212) 742-1414 |
| 6 | Facsimile: (212) 742-1177 |
| 7 | *Additional Counsel for Zheming Ruan* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CASE NO. 2:10-CV-08695-VBF-VBK: RESPONSE OF RUAN TO COMPETING MOTS. FOR CONSOL., APP'T AS LEAD PL., & APPROVAL OF SELECTION OF COUNSEL

2