ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsumeda.com
CRAIG W. SMITH (164886)
csmith@robbinsumeda.com
GREGORY E. DEL GAIZO (247319)
gdelgaizo@robbinsumeda.com
CONRAD B. STEPHENS (266790)
cstephens@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>            Defendants. | NO: CV-10-08695-VBF-VBK<br><br>CLASS ACTION<br><br>DECLARATION OF GREGORY E. DEL GAIZO IN SUPPORT OF FRANK BOTTA'S OPPOSITION TO THE MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL<br><br>Judge: Hon. Valerie Baker Fairbank<br>Courtroom: 9<br>Hearing Date: February 14, 2011<br>Hearing Time: 1:30 p.m. |

| | | |
|---|---|---|
| 1 | | |
| 2 | BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated, ) | NO: CV-10-09517-VBF-VBK |
| 3 | )  Plaintiff, ) | |
| 4 | )  vs. ) | |
| 5 | ) RINO INTERNATIONAL ) | |
| 6 | CORPORATION, et al., ) ) | |
| 7 | )  Defendants. ) | |
| 8 | LI BAIG, Individually and on Behalf of All Others Similarly Situated, ) | NO: CV-10-01754-VBF-VBK |
| 9 | )  Plaintiff, ) | |
| 10 | )  vs. ) | |
| 11 | ) RINO INTERNATIONAL ) | |
| 12 | CORPORATION, et al., ) ) | |
| 13 | )  Defendants. ) | |
| 14 | ALAN STEVENS, Individually and on Behalf of All Others Similarly Situated, ) | NO: CV-10-09011-VBF-VBK |
| 15 | ) | |
| 16 | )  Plaintiff, ) | |
| 17 | )  vs. ) | |
| 18 | ) RINO INTERNATIONAL ) | |
| 19 | CORPORATION, et al., ) ) | |
| 20 | )  Defendants. ) | |
| 21 | XI ZHANG, Individually and on Behalf of All Others Similarly Situated, ) | NO: CV-10-01887-VBF-VBK |
| 22 | ) | |
| 23 | )  Plaintiff, ) | |
| 24 | )  vs. ) | |
| 25 | ) RINO INTERNATIONAL ) CORPORATION, et al., ) | |
| 26 | )  Defendants. ) | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | | |
| 2 | PAUL H. VU, Individually and on Behalf of All Others Similarly Situated, | ) NO: CV-10-01908-VBF-VBK )  ) |
| 3 | ) Plaintiff, | ) ) |
| 4 | vs. | ) ) |
| 5 | RINO INTERNATIONAL CORPORATION, et al., | ) ) ) |
| 6 | | ) ) |
| 7 | Defendants. | ) ) |
| 8 | | ) |

I, Gregory E. Del Gaizo, declare as follows:

I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am an associate with the law firm Robbins Umeda LLP, counsel for movant Frank Botta in the above-entitled action. I submit this Declaration in support of Mr. Botta's Opposition to the Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

Attached are true and correct copies of the following exhibits:

Exhibit 1:   *In re Discovery Labs. Sec. Litig.*, No. 06-cv-1820-SD, slip op. (E.D. Pa. Aug. 21, 2006);

Exhibit 2:   Press Release, Kahn Swick & Foti, LLC, 3 Days Left – Kahn Swick & Foti, LLC And Former Louisiana State Attorney General Remind Investors With Large Financial Interests (Over $100,000) Of Lead Plaintiff Deadline In Lawsuit Against RINO International Corp. – RINO (Jan. 11, 2011) (on file with thestreet.com); and

Exhibit 3:   Andrew Bary, *A Fresh Eye on China Stocks – and Strip Clubs*, Barron's, July 2, 2007.

I declare under penalty of perjury, on this 24th day of January, 2011, under the laws of the United States of America that the foregoing is true and correct.

                                                  s/Gregory E. Del Gaizo
                                                  GREGORY E. DEL GAIZO

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 24, 2011.

                                                                             s/Gregory E. Del Gaizo
                                                            GREGORY E. DEL GAIZO

572469