REED R. KATHREIN (139304)
PETER E. BORKON (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

STEVE W. BERMAN (*Pro Hac Vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Lee M. Gordon (174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA  90017
Telephone:  (213) 330-7150
Facsimile:   (213) 330-7152
lee@hbsslaw.com

Counsel for Movants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RINO INTERNATIONAL CORPORATION, DEJUN ZOU, JENNY LIU, BEN WANG, LI YU, KENNITH C. JOHNSON, JIANPING QIU, XIE QUAN, and ZEJIN LI,<br><br>　　　　　　　　　Defendants. | No. CV10-8695 VBF (VBKx) |

010220-11  420091 V1

| | | |
|---|---|---|
| 1 | | |
| 2 | BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated, | No. 2:10-cv-09517-VBF -VBK |
| 3 | | |
| 4 | Plaintiff,<br>v. | |
| 5 | RINO INTERNATIONAL CORPORATION et al., | |
| 6 | | |
| 7 | Defendants. | |
| 8 | ALI BAIG, Individually and on Behalf of All Others Similarly Situated, | No. 8:10-cv-01754-VBF -VBK |
| 9 | | |
| 10 | Plaintiff,<br>v. | |
| 11 | RINO INTERNATIONAL CORPORATION, DEJUN ZOU, BEN WAN, YI LIU a/k/a JENNY LIU, and YU LI, | |
| 12 | | |
| 13 | | |
| 14 | Defendants. | |
| 15 | ALAN STEVENS, Individually and on Behalf of All Others Similarly Situated, | No. 2:10-cv-09011-VBF -VBK |
| 16 | | |
| 17 | Plaintiff,<br>v. | |
| 18 | RINO INTERNATIONAL CORPORATION, et al., | |
| 19 | | |
| 20 | Defendants. | |
| 21 | XI ZHANG, Individually and on Behalf of All Others Similarly Situated, | No. 8:10-cv-01887-VBF -VBK |
| 22 | | |
| 23 | Plaintiff,<br>v. | |
| 24 | RINO INTERNATIONAL CORPORATION, KENNITH C. JOHNSON, ZEJIN LI, JENNY LIU, JIANPING QIU, XIE QUAN, BEN WANG, LI YU, WEIGUO ZHANG, and DEJUN ZOU, | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

010220-11  420091 V1

| | |
|---|---|
| PAUL H VU, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>  v.<br><br>RINO INTERNATIONAL CORPORATION, et al.,<br><br>                 Defendants. | No. 8:10-cv-01908-VBF -VBK |

### DECLARATION OF PETER E. BORKON IN FURTHER SUPPORT OF RINO SHAREHOLDER'S GROUP MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF PROPOSED LEAD COUNSEL AND IN OPPOSITION TO COMPETING MOTIONS

010220-11 420091 V1

I, PETER E. BORKON, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP, counsel for the RINO Shareholder Group. I make this Declaration in support of the RINO Shareholder Group's motion for: (1) consolidation; (2) appointment as Lead Plaintiff; and (3) approval of its selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel for the Class.

2. Attached as Exhibits 1 through 3 hereto are true and correct copies of the following documents:

Exhibit 1: RINO Shareholder Group's Joint Declaration In Support of Motion for Consolidation, Appointment As Lead Plaintiff and Approval of Proposed Lead Counsel;

Exhibit 2: January 11, 2011 press release on the GlobeNewswire entitled "3 Days Left – Kahn Swick & Foti and Former Louisiana State Attorney General Remind Investors With Large Financial Interests (Over $100,000) of Lead Plaintiff Deadline in Lawsuit Against RINO International Corp. – RINO

Exhibit 3: Print out of Hua-Mei 21st Century Partners, L.P. web site as found at www.hua-mei21.com.cn/company.htm and www.hua-mei21.com.cn/team.htm.

- 1 -

- 2 -

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of January, 2011 at Berkeley, California.

_____
PETER E. BORKON

010220-11  420091 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List.  I hereby certify that I have caused the foregoing document or paper to be mailed via United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                 /s/ Lee M. Gordon
                 LEE M. GORDON