1  GOLD BENNETT CERA & SIDENER LLP
   SOLOMON B. CERA (99467)
2  THOMAS C. BRIGHT (169713)
   595 Market Street, Suite 2300
3  San Francisco, California 94105
   Telephone: (415) 777-2230
4  scera@gbcslaw.com
   tbright@gbcslaw.com
5
   JOHN TORBETT (165615)
6  ATTORNEY AT LAW
   2416 5th Street, Suite 102
7  Santa Monica, CA 90405
   Telephone: (310) 403-9806
8  jtlaw@dslextreme.com

9  Attorneys for The Guerrilla and Hua-Mei Partnerships

10
                    UNITED STATES DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

13 | SUSAN HUFNAGLE, Individually and on Behalf of All Others Similarly Situated, | Case No. CV10-08695 VBF (VBKx)
   |                                   | **CLASS ACTION**
14 |                                   |
15 |        Plaintiff,                 | **SUPPLEMENTAL DECLARATION OF THOMAS C. BRIGHT IN SUPPORT OF THE MOTION OF THE GUERILLA AND HUA-MEI PARTNERSHIPS FOR (I) APPOINTMENT AS LEAD PLAINTIFFS; (II) APPROVAL OF SELECTION OF LEAD COUNSEL; AND (III) CONSOLIDATION OF RELATED CASES**
16 |        vs.                        |
17 | RINO INTERNATIONAL CORPORATION, DEJUN ZOU, JENNY LIU, BEN WANG, LI YU, KENNITH C. JOHNSON, JIANPING QIU, XIE QUAN, and ZEJIN LI, |
21 |        Defendants.                |
22 |                                   |
23 |                                   |
24 | [caption continues on next page]  | DATE:   February 14, 2011
25 |                                   | TIME:   1:30 p.m.
26 |                                   | CTRM:   9, Spring Street
   |                                   |         Los Angeles, CA
27 |                                   | JUDGE:  Hon. Valerie Baker Fairbank
28

#123448

| | | |
|---|---|---|
| 1 | ALI BAIG, Individually and on Behalf of All Others Similarly Situated, | Case No.: SACV10-01754 VBF (VBKx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | | |
| 6 | RINO INTERNATIONAL CORPORATION, DEJUN ZOU, BEN WANG, YI LIU, aka/ JENNY LIU, and YU LI, | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | | |
| 11 | ALAN STEVENS , Individually and on Behalf of All Others Similarly Situated, | Case No. CV10-09011 VBF (VBKx) |
| 12 | | |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | | |
| 16 | RINO INTERNATIONAL CORPORATION, ZOU DEJUN, QIU JIANPING, JENNY LIU, BEN WANG, YU LI, KENNITH C. JOHNSON, QUAN XIE and LI ZEJIN LI, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |
| 22 | [caption continues on next page] | |

#123448

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | XI ZHANG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>RINO INTERNATIONAL CORPORATION, KENNITH C. JOHNSOHN, ZEJIN LI, JENNY LIU, JIANPING QIU, XIE QUAN, BEN WANG, LI YU, WEIGUO ZHANG, and DEJUN ZOU,<br><br>    Defendants. | Case No. SACV10-01887 VBF (VBKx) |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | BRENDA CHAU, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>RINO INTERNATIONAL CORPORATION, JIANPING QIU, DEJUN ZOU, KENNITH C. JOHNSON, XIE QUAN, ZEJIN LI, JENNY LIU, BRUCE RICHARDSON, QUAN XIE and WEIGUO ZHANG,<br><br>    Defendants. | Case No. CV10-09517 VBF (VBKx) |

23  [caption continues on next page]

#123448

| | | |
|---|---|---|
| 1 | PAUL H. VU, Individually and on Behalf of All Others Similarly Situated, | Case No. SACV10-01908 VBF (VBKx) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | RINO INTERNATIONAL CORPORATION, ZOU DEJUN, BEN WANG, YI LIU aka JENNY LIU, BRUCE RICHARDSON, YU LI, QIU JIANPING, KENNITH C. JOHNSON, QUAN XIE, ZEJIN LI and WEIGUO ZHANG, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Defendants. | |

#123448

1  I, Thomas C. Bright, declare:

2  1.  I am an attorney at the law firm of Gold Bennett Cera & Sidener LLP,
3  counsel for movant and proposed lead plaintiffs, Guerilla Partners, L.P. and Hua-
4  Mei 21st Century Partners, L.P. (the "Guerrilla and Hua-Mei Partnerships").  I
5  submit this supplemental declaration in support of the Guerrilla and Hua-Mei
6  Partnerships' motion for appointment as lead plaintiffs and approval of selection of
7  lead counsel for the Class.  The matters stated herein are true based on my own
8  knowledge and, if called to testify thereto, I could and would competently do so.

9  2.  Attached hereto as Exhibit A is a true and correct copy of Form D,
10 Notice of Exempt Offering of Securities, filed with the United States Securities and
11 Exchange Commission on behalf of Guerrilla Partners, L.P.

12 3.  Attached hereto as Exhibit B as a true and correct copy of Form D,
13 Notice of Exempt Offering of Securities, filed with the United States Securities and
14 Exchange Commission on behalf of Hua-Mei 21st Century Partners, L.P.

15 I declare under penalty of perjury under the laws of the United States of
16 America that the foregoing is true and correct.  Executed this 31st day of January
17 2011 at San Francisco, California.

/s/Thomas C. Bright
Thomas C. Bright

#123448

--1

CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 31, 2011.

                                  s/Thomas C. Bright
                                  Thomas C. Bright

#123448

--2