Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SUSAN HUFNAGLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>RINO INTERNATIONAL CORPORATION, DEJUN ZOU, JENNY LIU, BEN WANG, LI YU, KENNITH C. JOHNSON, JIANPING QIU, XIE QUAN, and ZEJIN LI,<br><br>Defendants. | No. 2:10-cv-08695-VBF (VBKx)<br><br>**ROSEN REPLY DECLARATION IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u><br><br>JUDGE: HON. VALERIE BAKER FAIRBANK<br><br>Hearing Date: February 14, 2011<br>Time:1:30 p.m.<br>CTRM: 9, Spring Street |

| | | |
|---|---|---|
| 1 | | ) |
| 2 | ALAN STEVENS, INDIVIDUALLY | ) No. 2:10-cv-09011-VBF (VBKx) |
| 3 | AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) |
| 4 | | ) CLASS ACTION |
| 5 | Plaintiff, | ) |
| 6 | vs. | ) |
| 7 | | ) |
| 8 | RINO INTERNATIONAL CORPORATION, ZOU DEJUN, QIU JIANPING, JENNY LIU, BEN WANG, YU LI, KENNETH C. JOHNSON, | ) |
| 9 | | ) |
| 10 | | ) |
| 11 | | ) |
| 12 | Defendants. | ) |
| 13 | | ) |
| 14 | | ) |
| 15 | BRENDA CHAU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) No. 2:10-cv-09517-VBF (VBKx) |
| 16 | | ) |
| 17 | | ) CLASS ACTION |
| 18 | Plaintiff, | ) |
| 19 | vs. | ) |
| 20 | | ) |
| 21 | RINO INTERNATIONAL CORPORATION, JIANPING QIU, DEJUN ZOU, KENNETH C. JOHNSON, XIE QUAN, ZEJIN LI, JENNY LIU, BRUCE RICHARDSON, QUAN XIE, WEIGUO ZHANG, | ) |
| 22 | | ) |
| 23 | | ) |
| 24 | | ) |
| 25 | Defendants. | ) |
| 26 | | ) |
| 27 | | ) |
| 28 | | |

| | |
|---|---|
| ALI BAIG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>RINO INTERNATIONAL CORPORATION, DEJUN ZOU, BEN WANG, YI LIU (A/K/A JENNY LIU), YU LI,<br><br>Defendants. | No. 8:10-cv-01754-VBF (VBKx)<br><br>CLASS ACTION |
| XI ZHANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>RINO INTERNATIONAL CORPORATION, KENNITH C. JOHNSON, ZEJIN LI, JENNY LIU, JIANPING QIU, XIE QUAN, BEN WANG, LI YU, WEIGUO ZHANG, DEJUN ZOU ,<br><br>Defendants. | No. 8:10-cv-01887-VBF (VBKx)<br><br>CLASS ACTION |

3

| | |
|---|---|
| PAUL H. VU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>RINO INTERNATIONAL CORPORATION, ZOU DEJUN, BEN WANG, YI LIU, BRUCE RICHARDSON, YU LI, QIU JIANPING, KENNITH C. JOHNSON, QUAN XIE, ZEJIN LI, WEIGUO ZHANG,<br><br>Defendants. | No. 8:10-cv-01908-VBF (VBKx)<br><br>CLASS ACTION |

I Laurence M. Rosen, declare:

1. I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing shareholder of the Rosen Law Firm, P.A., attorneys for Stream SICAV. I make this reply declaration in further support of Stream SICAV's Lead Plaintiff Motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

      Exhibit 1:    Declaration of Giorgio Peterlongo;

4

Exhibit 2:	Listing of securities cases in which courts have appointed foreign lead plaintiffs or class representatives; and

Exhibit 3:	Background search results my office performed on "Kent L. Steels" on www.intelius.com.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 31st day of January, 2011, at Los Angeles.

/s/ Laurence M. Rosen
Laurence M. Rosen

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 333 South Grand Avenue, 25th Floor, Los Angeles, CA 90071.  I am over the age of eighteen.

On January 31, 2011, I electronically filed the following **ROSEN REPLY DECLARATION IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 31, 2011

                                          /s/ Laurence Rosen
                                          Laurence M. Rosen